IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. OIL TRADING LLC, | IN ADMIRALTY |
| Plaintiff, | CASE NO.: |
| v. | |
| M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, | **VERIFIED COMPLAINT** |
| Defendants. | |

Plaintiff, U.S. Oil Trading LLC ("USOT"), by its undersigned attorneys, complaining of the defendants M/V VIENNA EXPRESS and M/V SOFIA EXPRESS (collectively, the "Vessels"), *in rem*, alleges upon information and belief as follows:

**<u>PARTIES</u>**

1.     At all relevant times, plaintiff USOT was and now is a limited liability company duly organized and existing under the laws of the State of Delaware, with an office and place of business at 3001 Marshall Avenue, Tacoma, Washington 98421.

2.     At all relevant times, the defendant M/V VIENNA EXPRESS was and now is engaged in the common and/or private carriage of cargo on the high seas between ports of the world, including the port of Tacoma, Washington and elsewhere in the United States,

VERIFIED COMPLAINT - 1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1    during the pendency of process herein, is now or will be within the navigable waters of this

2    District and within the jurisdiction of this Honorable Court.

3           3.     At all relevant times, the defendant M/V SOFIA EXPRESS was and

4    now is engaged in the common and/or private carriage of cargo on the high seas between ports

5    of the world, including the port of Tacoma, Washington and elsewhere in the United States,

6    during the pendency of process herein, is now or will be within the navigable waters of this

7    District and within the jurisdiction of this Honorable Court.

8                         **JURISDICTION AND VENUE**

9           4.     This is a case of Admiralty and Maritime jurisdiction pursuant to 28

10   U.S.C. §1333, and is an Admiralty or Maritime claim within the meaning of Rule 9(h) of the

11   Federal Rules of Civil Procedure.

12          5.     This action is commenced pursuant to the Maritime Commercial

13   Instruments and Liens Act, 46 U.S.C. §§ 31301, *et seq*.

14          6.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 in that the

15   Vessels which are the subject of this action are or will soon be located within this District.

16               **FIRST CAUSE OF ACTION: MARITIME LIEN**
**AGAINST THE M/V VIENNA EXPRESS FOR THE VESSEL'S**

17          **FAILURE TO PAY FOR NECESSARIES FURNISHED TO THE VESSEL**.

18          7.     Plaintiff repeats and realleges paragraphs 1 through 6 of the Complaint

19   with the same force and effect as if repeated and set forth at length herein.

20          8.     On or about October 15, 2014, the owners and/or operators and/or

21   charterers and/or agents of the M/V VIENNA EXPRESS entered into an agreement with

22   brokers O.W. Bunker & Trading A/S ("OWB") to arrange for the delivery of bunker fuel to the

23   vessel at the port of Tacoma, Washington on or about October 18, 2014.

24          9.     On or about the same day, USOT, as sellers, and OWB, as buyers,

25   entered into an agreement for the sale and delivery of approximately 2,700 metric tons of

26   bunkers to the vessel at the port of Tacoma, Washington on or about October 17, 2014.  True

VERIFIED COMPLAINT - 2

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

and accurate copies of USOT's sales authorization and sales confirmation are attached hereto as Exhibit 1.

10.     On or about October 18, 2014, USOT delivered approximately 2,710.93 metric tons of bunker fuel to the vessel at the port of Tacoma, Washington, which the vessel accepted and acknowledged by stamping USOT's bunker delivery receipt for the delivery.  A true and accurate copy of USOT's bunker delivery receipt stamped by the vessel is attached hereto as Exhibit 2.

11.     USOT's bunker delivery receipt states in relevant part:

DISCLAIMERS:  No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp . . . alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

12.     USOT's bunker delivery receipt also states:

MARITIME LIENS:  All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

13.     On or about October 18, 2014, USOT issued its Invoice No. BWTD 83451 to OWB in the amount of $1,414,594.53 for the delivery of bunkers to the vessel.  A true and accurate copy of USOT's Invoice No. BWTD 83451 is attached hereto as Exhibit 3.

14.     Pursuant to Invoice No. BWTD 83451, payment was due to USOT on or before November 17, 2014.

15.     USOT has not been paid by the vessel or OWB for the amounts due under Invoice No. BWTD 83451 despite repeated demands by USOT for payment.

16.     The failure of OWB, or anyone else on behalf of the vessel, to pay for the bunker fuel furnished to the vessel creates a maritime lien by operation of law against the vessel in favor of USOT.

VERIFIED COMPLAINT - 3

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

17.     USOT possesses a maritime lien against the vessel for the full amount of due under USOT's Invoice No. BWTD 83451, plus interest and costs.

18.     USOT has the right to exercise all the rights and remedies provided to holders of maritime liens, including the right to enforce its maritime lien against the vessel pursuant to the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301, *et seq*.

19.     USOT has suffered damages as a result of the failure of the vessel to pay the amounts owed for the bunker fuel furnished to the Vessel by USOT.

20.     On November 28, 2014, the vessel's protection and indemnity association, as agent for the vessel's owners, issued a letter of undertaking in favor of USOT in exchange for USOT's promise to refrain from arresting the vessel to enforce USOT's maritime lien (the "LOU").

21.     Pursuant to the express terms of the LOU, the LOU stands as security in favor of USOT for USOT's maritime lien claim against the vessel, *in rem*, with the same force and effect as if the Vessel had been arrested at 12:00 p.m. on November 29, 2014.

**SECOND CAUSE OF ACTION: MARITIME LIEN**
**AGAINST THE M/V SOFIA EXPRESS FOR THE VESSEL'S**
**FAILURE TO PAY FOR NECESSARIES FURNISHED TO THE VESSEL.**

22.     Plaintiff repeats and realleges paragraphs 1 through 21 of the Complaint with the same force and effect as if repeated and set forth at length herein.

23.     On or about October 28, 2014, the owners and/or operators and/or charterers and/or agents of the M/V SOFIA EXPRESS entered into an agreement with brokers O.W. Bunker & Trading A/S ("OWB") to arrange for the delivery of bunker fuel to the vessel at the port of Tacoma, Washington on or about October 29, 2014.

24.     On or about the same day, USOT, as sellers, and OWB, as buyers, entered into an agreement for the sale and delivery of approximately 2,700 metric tons of bunkers to the vessel at the port of Tacoma, Washington on or about October 29, 2014.  True

VERIFIED COMPLAINT - 4

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

and accurate copies of USOT's sales authorization and sales confirmation are attached hereto as Exhibit 4.

25.     On or about October 29, 2014, USOT delivered approximately 2,680.22 metric tons of bunker fuel to the vessel at the port of Tacoma, Washington, which the vessel accepted and acknowledged by stamping USOT's bunker delivery receipt for the delivery.  A true and accurate copy of USOT's bunker delivery receipt stamped by the vessel is attached hereto as Exhibit 5.

26.     USOT's bunker delivery receipt states in relevant part:

> DISCLAIMERS:  No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp . . . alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

27.     USOT's bunker delivery receipt also states:

> MARITIME LIENS:  All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

28.     On or about October 29, 2014, USOT issued its Invoice No. BWTD 83463 to OWB in the amount of $1,315,507.80 for the delivery of bunkers to the vessel.  A true and accurate copy of USOT's Invoice No. BWTD 83463 is attached hereto as Exhibit 6.

29.     Pursuant to Invoice No. BWTD 83463, payment was due to USOT on or before November 28, 2014.

30.     USOT has not been paid by the vessel or OWB for the amounts due under Invoice No. BWTD 83463 despite repeated demands by USOT for payment.

31.     The failure of OWB, or anyone else on behalf of the vessel, to pay for the bunker fuel furnished to the vessel creates a maritime lien by operation of law against the vessel in favor of USOT.

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

32.     USOT possesses a maritime lien against the vessel for the full amount of due under USOT's Invoice No. BWTD 83463, plus interest and costs.

33.     USOT has the right to exercise all the rights and remedies provided to holders of maritime liens, including the right to enforce its maritime lien against the vessel pursuant to the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301, *et seq.*

34.     USOT has suffered damages as a result of the failure of the vessel to pay the amounts owed for the bunker fuel furnished to the vessel by USOT.

**WHEREFORE,** plaintiff USOT prays:

a.      That judgment in the sum of $1,414,594.53 be entered in favor of plaintiff and against the M/V VIENNA EXPRESS, *in rem*, together with interest, costs and attorneys' fees;

b.      That judgment in the sum of $1,315,507.80 be entered in favor of plaintiff and against the M/V SOFIA EXPRESS, *in rem*, together with interest, costs and attorneys' fees;

c.      That process in due form of law issue against the Vessels pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, citing any claimant to the Vessels to appear and answer under oath all and singular the premises alleged in the Verified Complaint;

d.      That the LOU be applied to satisfy USOT's maritime lien and the judgment herein against the M/V VIENNA EXPRESS, together with interest, costs and attorneys' fees;

e.      That the M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., be condemned and sold and the proceeds of the vessel be applied to costs and expenses associated with this action, and then applied to USOT's maritime

VERIFIED COMPLAINT - 6

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1    lien to satisfy the judgment herein, together with interest, costs

2    and attorneys' fees; and

3    f.    That plaintiff have such other, further and different relief as this

4    Court may deem just and proper in the premises.

5    DATED this 17th day of December, 2014.

6                                    NICOLL BLACK & FEIG PLLC

7

8

9                                    */s/ Christopher W. Nicoll*
                                     /s/ Jeremy B. Jones
10                                   Christopher W. Nicoll, WSBA #20771
                                     Jeremy B. Jones, WSBA #44138
11                                   *Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

VERIFIED COMPLAINT - 7

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## VERIFICATION

I, _THOR A. NIELSEN_, am an authorized representative of plaintiff, U.S. OIL

TRADING LLC, and make this Verification by authority for and on its behalf; I have read the

foregoing Verified Complaint, know the contents thereof, and from information officially

furnished to me believe the same to be true. I verify under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct. Executed on December 16 ,

2014.

U.S. OIL TRADING LLC

By : _____
                    Thor A. Nielsen

Its: _____
                    Treasurer

VERIFIED COMPLAINT - 8

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555