1

**THE HONORABLE ROBERT J. BRYAN**

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON

8                   AT TACOMA

9   U.S. OIL TRADING LLC,                    IN ADMIRALTY

10                        Plaintiff,         CASE NO.: 3:14-cv-05982-RJB

11           v.                              **ANSWER TO COUNTERCLAIM**
                                             **AND THIRD-PARTY COMPLAINT**
12  M/V VIENNA EXPRESS, her tackle, boilers, **SEEKING INTERPLEADER**
    apparel, furniture, engines, appurtenances, etc., **AND/OR DECLARATORY RELIEF**
13  *in rem*, and M/V SOFIA EXPRESS, her tackle,
    boilers, apparel, furniture, engines,
14  appurtenances, etc., *in rem*,

15                        Defendants.

16  Hapag-Lloyd Aktiengesellschaft, *as claimant*
    *to the in rem defendant M/V VIENNA*
17  *EXPRESS*,

18      Counter-Claimant and Third-Party Plaintiff,

19                   -against-

20  U.S. OIL TRADING LLC,

21                        Counter-Defendant and

22  O.W. BUNKER GERMANY GMBH, O.W.
    BUNKER & TRADING A/S, ING BANK
23  N.V., CREDIT AGRICOLE CORPORATE
    AND INVESTMENT BANK, a division or
24  arm of CREDIT AGRICOLE S.A.,

25                        Third-Party Defendants.

26

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

Plaintiff and counter-defendant, U.S. Oil Trading LLC ("USOT"), by its undersigned attorneys, answering the Counterclaim for Interpleader and/or Declaratory Judgment ("Counterclaim") and, although the Third-Party Complaint for Interpleader and/or Declaratory Judgment of counter-claimant and third-party plaintiff Hapag-Lloyd Aktiengesellschaft ("HLAG" or "third-party plaintiff"), is not properly directed to USOT as plaintiff, USOT also answering the allegations of the Third-Party Complaint, states upon information and belief as follows:

1.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Counterclaim, except admits that on January 21, 2015, HLAG filed a Verified Statement of Interest and Notice of Restricted Appearance as claimant to the in rem defendant vessel M/V VIENNA EXPRESS.

2.     Admits the allegations in paragraph 2 of the Counterclaim.

3.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Counterclaim.

4.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Counterclaim.

5.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Counterclaim.

6.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Counterclaim.

7.     Denies each and every allegation in paragraph 7 of the Counterclaim, except admits that this Court has jurisdiction over this action pursuant to 28 U.S.C. §1333, and this action involves admiralty and maritime claims under Fed. R. Civ. P. 9(h), inasmuch as it involves claims for the payment of marine bunkers provided to the Vessel.

8.     Denies each and every allegation in paragraph 8 of the Counterclaim.

9.     Denies each and every allegation in paragraph 9 of the Counterclaim.

ANSWER TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT
SEEKING INTERPLEADER AND/OR DECLARATORY RELIEF - 2
3:14-cv-05982

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

10.     Denies each and every allegation in paragraph 10 of the Counterclaim, except admits that this Court has personal jurisdiction over USOT.

11.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Counterclaim.

12.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Counterclaim.

13.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Counterclaim.

14.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Counterclaim.

15.     Admits the allegations in paragraph 15 of the Counterclaim.

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Counterclaim.

17.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Counterclaim.

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Counterclaim.

19.     Denies knowledge or information sufficient to for a belief as to the truth of the allegations in paragraph 19 of the Counterclaim, except admits that HLAG, as claimant to the in rem defendant Vessel, submitted an order for the supply of bunkers to the Vessel and that, on October 18, 2014, USOT furnished bunkers to the M/V VIENNA EXPRESS as the port of Tacoma, Washington.

20.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Counterclaim.

21.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Counterclaim, except admits that USOT claims that it

ANSWER TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT
SEEKING INTERPLEADER AND/OR DECLARATORY RELIEF - 3
3:14-cv-05982

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1   has a maritime lien against the M/V VIENNA EXPRESS for the furnishing of bunkers by
2   USOT to that vessel on October 18, 2014, at the port of Tacoma, Washington, and has
3   demanded payment therefor.

4         22.     Denies knowledge or information sufficient to form a belief as to the truth of
5   the allegations in paragraph 22 of the Counterclaim, except admits that United Kingdom
6   Mutual Steamship Assurance Association (Europe) Limited, on its own behalf and as agents of
7   HLAG, issued a Letter of Undertaking to USOT in the amount of $1,725,000 in exchange for
8   USOT's promise to refrain from arresting the M/V VIENNA EXPRESS.

9         23.     Denies each and every allegation in paragraph 23 of the Counterclaim, except
10  admits that on December 17, 2014, USOT filed a Verified Complaint against, inter alia, the
11  M/V VIENNA EXPRESS to enforce USOT's maritime liens for unpaid invoice amounts for
12  the delivery of bunker fuel at the Port of Tacoma, Washington and to secure USOT's maritime
13  lien claims pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims
14  and Asset Forfeiture Actions.

15        24.     Denies each and every allegation in paragraph 24 of the Counterclaim.

16  <u>AS TO THE FIRST CAUSE OF ACTION</u>

17        25.     In response to the allegations in paragraph 25 of the Counterclaim, USOT
18  repeats and realleges each and every admission, denial and denial of knowledge or information
19  sufficient to form a belief contained in paragraphs 1 through 24 herein with the same force and
20  effect as if set forth at length.

21        26.     Denies knowledge or information sufficient to form a belief as to the truth of
22  the allegations contain in paragraph 26 of the Counterclaim, except admits that USOT was the
23  physical supplier of bunkers to the M/V VIENNA EXPRESS at the port of Tacoma,
24  Washington on October 18, 2014, and that USOT claims that it has a maritime lien against that
25  vessel.

26

ANSWER TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT
SEEKING INTERPLEADER AND/OR DECLARATORY RELIEF - 4
3:14-cv-05982

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

27.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Counterclaim.

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Counterclaim.

29.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Counterclaim.

30.     Denies each and every allegation in paragraph 30 of the Counterclaim.

31.     Denies each and every allegation in paragraph 31 of the Counterclaim.

32.     Denies each and every allegation in paragraph 32 of the Counterclaim.

33.     Denies each and every allegation in paragraph 33 of the Counterclaim.

34.     Denies each and every allegation in paragraph 34 of the Counterclaim.

<u>AS TO THE SECOND CAUSE OF ACTION</u>

35.     In response to the allegations in paragraph 35 of the Counterclaim, USOT repeats and realleges each and every admission, denial and denial of knowledge or information sufficient to form a belief contained in paragraphs 1 through 34 herein with the same force and effect as if set forth at length.

36.     Denies each and every allegation in paragraph 36 of the Counterclaim.

37.     Denies each and every allegation in paragraph 37 of the Counterclaim.

<u>AS TO THE THIRD CAUSE OF ACTION</u>

38.     In response to the allegations in paragraph 38 of the Third-Party Complaint, USOT repeats and realleges each and every admission, denial and denial of knowledge or information sufficient to form a belief contained in paragraphs 1 through 37 herein with the same force and effect as if set forth at length.

39.     Denies each and every allegation in paragraph 39 of the Third-Party Complaint.

40.     Denies each and every allegation in paragraph 40 of the Third-Party Complaint.

41.     Denies each and every allegation in paragraph 41 of the Third-Party Complaint.

ANSWER TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT
SEEKING INTERPLEADER AND/OR DECLARATORY RELIEF - 5
3:14-cv-05982

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

FURTHER ANSWERING THE COUNTERCLAIM, AND AS AND FOR
SEPARATE, PARTIAL AND/OR COMPLETE DEFENSES THERETO, USOT ALLEGES
<u>UPON INFORMATION AND BELIEF AS FOLLOWS</u>:

42.     USOT repeats and realleges each and every admission, denial and denial of knowledge or information sufficient to form a belief contained in paragraphs 1 through 41 herein with the same force and effect as if set forth at length.

<u>FIRST AFFIRMATIVE DEFENSE</u>

43.     The Court lacks subject matter jurisdiction under 28 U.S.C. §1335 and 28 U.S.C. §1367.

<u>SECOND AFFIRMATIVE DEFENSE</u>

44.     Each cause of action alleged in the Counterclaim fails to state a claim upon which relief may be granted.

<u>THIRD AFFIRMATIVE DEFENSE</u>

45.     Plaintiff's claims are governed by English law and/or German law and/or other foreign law.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

46.     Plaintiff's claims are subject to London arbitration and/or German arbitration under the applicable contract, if any, and defendant USOT reserves all rights and defenses in respect thereto

<u>FIFTH AFFIRMATIVE DEFENSE</u>

47.     There is no privity of contract between third-party plaintiff and USOT.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

48.     Third-party plaintiff has failed to satisfy all conditions precedent to file this Counterclaim and Third-Party Complaint.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

49.     Third-party plaintiff has waived any right to recovery against USOT.

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1

EIGHTH AFFIRMATIVE DEFENSE

2    50.    The Third-Party Complaint is barred by the doctrine of res judicata.

3

NINTH AFFIRMATIVE DEFENSE

4    51.    The Third-Party Complaint is barred by the doctrine of estoppel.

5

TENTH AFFIRMATIVE DEFENSE

6    52.    Third-party plaintiff's claims are barred, in whole or in part, by the doctrine of

7 unclean hands.

8

ELEVENTH AFFIRMATIVE DEFENSE

9    53.    Third-party plaintiff is not the real party in interest.

10

TWELFTH AFFIRMATIVE DEFENSE

11    54.    Third-party plaintiff has failed to mitigate the damages alleged herein.

12

THIRTEENTH AFFIRMATIVE DEFENSE

13    55.    If third-party plaintiff suffered any loss, which is denied, such loss resulted

14 solely from the fault of third-party plaintiff and/or others for whom USOT is not responsible,

15 and not as a result of any fault of USOT.

16

FOURTEENTH AFFIRMATIVE DEFENSE

17    56.    Third-party plaintiff seeks attorneys' fees and costs which are not recoverable as

18 damages herein.

19

FIFTEENTH AFFIRMATIVE DEFENSE

20    57.    Third-party plaintiff's claims are barred in whole or in part for lack of

21 consideration.

22

SIXTEENTH AFFIRMATIVE DEFENSE

23    58.    By filing the Third-Party Complaint in respect of the M/V VIENNA EXPRESS,

24 third-party plaintiff is seeking relief from this Court which has already been expressly denied

25 by the United States District Court for the Southern District of New York.

26

ANSWER TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT
SEEKING INTERPLEADER AND/OR DECLARATORY RELIEF - 7
3:14-cv-05982

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

WHEREFORE, USOT demands judgment dismissing the Counterclaim and granting USOT its costs and disbursements of this action, and granting such other and further relief as the Court deems just and proper.

DATED this 4th day of March, 2015.

NICOLL BLACK & FEIG PLLC


*/s/ Christopher W. Nicoll*
Christopher W. Nicoll, WSBA No. 20771
Jeremy B. Jones, WSBA No. 44138
Attorneys for U.S. Oil Trading LLC
Nicoll Black & Feig PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA  98101
Telephone:  (206) 838-7555
Facsimile:  (206) 838-7515
Email:      cnicoll@nicollblack.com
            jjones@nicollblack.com

ANSWER TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT
SEEKING INTERPLEADER AND/OR DECLARATORY RELIEF - 8
3:14-cv-05982

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

***Attorneys for Hapag-Lloyd Aktiengesellschaft***

Philip R. Lempriere, WSBA No. 20304
Keesal, Young & Logan
1301 Fifth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 622-3790
Facsimile: (206) 343-9529
Email:  philip.lempriere@kyl.com


Michael Fernandez, *admitted pro hac vice*
Peter J. Gutowski, *admitted pro hac vice*
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Email:  fernandez@freehill.com
         gutowski@freehill.com

DATED this 4th day of March, 2015.


                          */s/ Christopher W. Nicoll*
                          Christopher W. Nicoll, WSBA #20771

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555