The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S OIL TRADING LLC,<br><br>                            Plaintiff,<br><br>   v.<br><br>M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc. *in rem*,<br><br>                          Defendants.<br><br>Hapag-Lloyd Aktiengesellschaft, *as claimant to the in rem defendant M/V VIENNA EXPRESS*,<br><br>Counter-Claimant and Third-Party Plaintiff,<br><br>   v.<br><br>U.S. OIL TRADING LLC,<br><br>                        Counter-Defendant and<br><br>O.W. BUNKER GERMANY GMBH, O.W. BUNKER & TRADING A/S ING BANK N.V., CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, a division or arm of CREDIT AGRICOLE S.A.,<br><br>                   Third-Party Defendants. | IN ADMIRALTY<br><br>No. 3:14-CV-05982-RJB<br><br>**DECLARATION OF<br>BRUCE G. PAULSEN, ESQ.** |

**DECLARATION OF BRUCE G. PAULSEN, ESQ. - 1**

Case No. 3:14-CV-05982-RJB

51460280.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

I, Bruce G. Paulsen, pursuant to 28 U.S.C. §1746, declare and state based on personal knowledge as follows:

1. I am an attorney admitted to practice law in New York; am a member of Seward & Kissel LLP; and am national counsel for Third-Party Defendant ING Bank, N.V., as Security Agent ("ING Bank"). I make this declaration in support of ING Bank's Motion to Deny Consideration of Plaintiff U.S. Oil Trading LLC's Motion for Summary Judgment.

2. On December 17, 2014, Plaintiff U.S. Oil Trading LLC ("Plaintiff" or "USOT") filed a verified complaint against the MV VIENNA EXPRESS and the MV SOFIA EXPRESS, asserting maritime lien claims. (Doc. 1). Plaintiff did not name ING Bank in its complaint.

3. On February 11, 2015, Hapag-Lloyd Aktiengesellschaft ("HLAG"), as claimant to the *in rem* defendant M/V VIENNA EXPRESS, filed a Verified Answer, Counterclaim and Third-Party Complaint Seeking Interpleader and/or Declaratory Relief (the "HLAG Complaint") in response to USOT's complaint. (Doc. 23). HLAG named O.W. Bunker Germany GmbH ("O.W. Germany"), O.W. Bunker & Trading A/S ("O.W. Denmark"), ING Bank, and Credit Agricole Corporate and Investment Bank, a division or arm of Credit Agricole S.A. ("Credit Agricole") as Third-Party Defendants. HLAG counterclaimed against USOT.

4. On March 27, 2015, summons was issued as to the Third-Party Defendants. (Doc. 26).

5. On May 29, 2015, a joint status report and discovery plan was submitted. (Doc. 35). The report and plan was executed only by counsel for USOT and HLAG, and was not served on any other party.

6. On June 4, 2015, USOT filed its Motion for Summary Judgment (Doc. 37).

7. On June 9, 2015, counsel for O.W. Germany entered a notice of appearance. (Doc. 40).

**DECLARATION OF BRUCE G. PAULSEN, ESQ. - 2**

Case No. 3:14-CV-05982-RJB

51460280.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

8. On June 10, 2015, counsel for ING Bank entered a notice of appearance. (Doc. 41).

9. On June 18, 2015, O.W. Germany filed a motion to change venue. (Doc. 43). USOT filed its opposition on July 23, 2015. (Doc. 52).

10. On July 24, 2015, O.W. Germany filed a verified answer, interpleader claims and counter-claim in response to the HLAG Complaint. (Doc. 53).

11. No answers have been filed by O.W. Denmark, Credit Agricole, or ING Bank.

12. ING Bank files the instant motion pursuant to Federal Rule of Civil Procedure 56(d) seeking an order denying consideration of Plaintiff's motion for summary judgment without prejudice to renewal at the close of discovery, in order to allow ING Bank reasonable time to take discovery relevant to the parties' respective allegations in this matter. Given this action's filing, ING Bank has not had a reasonable opportunity to obtain the referenced discovery.

13. To date, the parties have made no discovery demands, exchanged no documentary discovery and have not taken any depositions.

14. Accordingly, ING Bank requires discovery of, among other things, documents and communications, including agreements, confirmations, and negotiations, between and among the parties involved in the transaction at issue in this matter (i.e. O.W. Germany, O.W. Denmark, USOT, the M/V VIENNA EXPRESS and Credit Agricole).

15. Further, ING Bank will likely need to depose individuals at these entities about, among other things: (a) their communications; (b) their negotiations over the relevant fuel bunker supply agreements or other contracts; (c) the sale, purchase order and nomination confirmations and invoices sent among the parties; (d) the timing of such confirmations or invoices, and to whom such confirmations and invoices were sent; (e) authority to engage other parties; (f) knowledge of, and knowledge of identities of, other parties involved in the supply and delivery of bunkers; (g) historical relationships and past dealings between and among the parties;

**DECLARATION OF BRUCE G. PAULSEN, ESQ. - 3**

Case No. 3:14-CV-05982-RJB

51460280.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

1  and (h) other circumstances surrounding the physical delivery of the bunkers to the M/V
2  VIENNA EXPRESS.

3  16. This information is expected to create genuine issues of fact as to whether O.W.
4  Germany (or USOT) has a maritime lien or contractual claim, whether it supplied bunkers within
5  the meaning of the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §31301
6  ("CIMLA"), and whether it supplied those bunkers on the order of someone with authority
7  within the meaning of CIMLA.

8  17. I declare under penalty of perjury that the foregoing is true and correct.

10  Executed this 27th day of July, 2015.



Bruce G. Paulsen, Esq.

**DECLARATION OF BRUCE G. PAULSEN, ESQ. - 4**

Case No. 3:14-CV-05982-RJB

51460280.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

## CERTIFICATE OF SERVICE

I hereby certify service that on July 27, 2015, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record in this case:

Christopher W. Nicoll
Jeremy Jones
Nicoll Black & Feig PLLC
1325 4th Avenue, Suite 1650
Seattle, Washington 98101-2573
E-mail: cnicoll@nicollblack.com
E-mail: jjones@nicollblack.com
Attorneys for Plaintiff U.S. Oil Trading LLC

Casey D Burlage
Corey Russell Greenwald
John R. Keough
Clyde & Co US LLP
405 Lexington Avenue
New York, NY 10174
E-mail: casey.burlage@clydeco.us
E-mail: corey.greenwald@clydeco.us
E-mail: john.keough@clydeco.us
Attorneys Pro Hac Vice for Plaintiff

Philip R. Lempriere, WSBA No. 20304
Keesal, Young & Logan
1301 Fifth Avenue, Suite 3300
Seattle, Washington 98101
E-mail: philip.lempriere@kyl.com
Attorney for Defendants

Michael Fernandez
Peter J. Gutowski
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, New Yourk 10005
E-mail: fernandex@freehill.com
E-mail: gutowski@freehill.com
Attorneys Pro Hac Vice for Claimant Hapag-Lloyd Aktiengesellschaft

**DECLARATION OF BRUCE G. PAULSEN, ESQ. - 5**

Case No. 3:14-CV-05982-RJB

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51460280.1

1 Rodney Q. Fonda
2 Preg O'Donnell & Gillett, PLLC
  901 Fifth Avenue, Suite 3400
3 Seattle, WA 98164
  rfonda@pregodonnell.com
4 Attorneys for Third Party Defendant
  O.W. Bunker Germany GMBH &
5 O.W. Bunker & Trading A/S

6  I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
7
8  Dated July 27, 2015.

9
                                              s/ Steven W. Block
10                                            Steven W. Block

11
SK 28644 0001 6732925
12

**DECLARATION OF BRUCE G. PAULSEN, ESQ. - 6**

Case No. 3:14-CV-05982-RJB

51460280.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700