Exhibit H 15

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2014
```



Re: Hapag Lloyd v. U.S. Oil Trading, et al, No. 14-cv-09949 (VEC) -- URGENT REQUEST FOR TELEPHONE HEARING

Caproni NYSD chambers   to: GUTOWSKI, PETER                               12/19/2014 01:09 PM

Sent by: Valerie Caproni

Cc: "CaproniNYSDchambers@nysd.uscourts.gov", "FERNANDEZ, MICHAEL", "joe.walsh@clydeco.us", "Keough, John", "lucy.roberts@usdoj.gov",

From:   Caproni NYSD chambers/NYSD/02/USCOURTS
To:     "GUTOWSKI, PETER" <GUTOWSKI@FREEHILL.COM>
Cc:     "CaproniNYSDchambers@nysd.uscourts.gov" <CaproniNYSDchambers@nysd.uscourts.gov>, "FERNANDEZ, MICHAEL" <FERNANDEZ@FREEHILL.COM>, "joe.walsh@clydeco.us" <joe.walsh@clydeco.us>, "Keough, John" <John.Keough@clydeco.us>,
Sent by: Valerie Caproni/NYSD/02/USCOURTS

1 attachment



14cv9949 TRO Order.pdf

Request for a telephone conference is denied. The Court's Order is clear. Unless and until there is a violation of the Order, no further action is required from the Court.

Valerie Caproni
USDJ
Southern District of New York


From:    "GUTOWSKI, PETER" <GUTOWSKI@FREEHILL.COM>
To:      "CaproniNYSDchambers@nysd.uscourts.gov" <CaproniNYSDchambers@nysd.uscourts.gov>
Cc:      "Moira_Heiges-Goepfert@nysd.uscourts.gov" <Moira_Heiges-Goepfert@nysd.uscourts.gov>, "Keough, John" <John.Keough@clydeco.us>, "joe.walsh@clydeco.us" <joe.walsh@clydeco.us>, "lucy.roberts@usdoj.gov" <lucy.roberts@usdoj.gov>, "FERNANDEZ, MICHAEL" <FERNANDEZ@FREEHILL.COM>
Date:    12/19/2014 12:31 PM
Subject: Hapag Lloyd v. U.S. Oil Trading, et al, No. 14-cv-09949 (VEC) -- URGENT REQUEST FOR TELEPHONE HEARING


Dear Judge Caproni,

I am sorry to have to bother the Court with this situation, but we have repeatedly tried to reach Mr. Keough and Mr. Walsh (both with the Clyde & Co. firm which represents U.S. Oil) to determine whether U.S. Oil intends to honor the Court's restraining order. U.S. Oil was served today with the summons, complaint and the order at 9:10 a.m. via their agent for service of process, and notice of that was also sent to Mr. Keough and Mr. Walsh moments