Exhibit H 20

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 1, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AEGEAN BUNKERING (USA) LLC,

              Plaintiff,

              -v-

M/T AMAZON (IMO 9476654), its engines,
tackle and apparel and CERTAIN BUNKERS
FO 500 CST aboard or loaded aboard the M/T
Amazon,

              Defendants in rem,

BERGEN BUNKERS, AS and JASPER
EXPORTING LTD.,

              Defendants quasi in rem,

THE MASTER OF THE M/T AMAZON,

              Garnishee.
------------------------------------------------------------X

14-cv-9447 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As there are a number of material disputes of fact relating to the relationships between the parties, and the resolution of such disputes cannot be made on the record at this stage, plaintiff's motion for summary judgment is DENIED.

The Clerk of Court is directed to terminate the motion at ECF No. 50.

SO ORDERED.

Dated:    New York, New York
         July 1, 2015

                                         _____
                                              KATHERINE B. FORREST
                                            United States District Judge

2