Capnoni, V.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. OIL TRADING LLC,
        Plaintiff,

v.

M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem;* M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and Hapag-Lloyd Aktiengesellschaft, *as claimant to the in rem defendant M/V VIENNA EXPRESS,*
        Defendant and Third Party Plaintiff,

v.

O.W. BUNKER GERMANY GMBH, O.W. BUNKER & TRADING A/S, ING BANK N.V., CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK, a division or arm of CREDIT AGRICOLE S.A.
        Third-Party Defendants.

15-cv-6718 (VEC)

## STIPULATION AND NOTICE OF DISMISSAL OF CRÉDIT AGRICOLE CIB

Defendant/Third-Party Plaintiff Hapag Lloyd Aktiengesellschaft ("Plaintiff"), defendant/third-party plaintiff in the captioned interpleader proceeding (the "Proceeding"), and Third-Party Defendant Crédit Agricole CIB ("Crédit Agricole") (together with Plaintiff, the "Parties"), one of the named third-party defendants, hereby stipulate as follows pursuant to, *inter alia,* Federal Rule of Civil Procedure 41:

    1.    Crédit Agricole hereby disclaims any interest in the funds at issue in the Proceedings and confirms that it has no claim, and will not pursue any claim in these proceedings or otherwise, against Plaintiff or the M/V VIENNA EXPRESS ("the Vessel")

438131.1
        1

arising out of or relating to the bunkers delivered to the Vessel as described in the pleadings herein (the "Bunker Delivery").

2. All claims and causes of action asserted, or that could have been asserted, by either of the Parties against the other and/or the Vessel arising out of or relating to the Bunker Delivery are hereby dismissed with prejudice; and Crédit Agricole is hereby dismissed from the Proceeding with prejudice and without costs or fees.

Dated: September 10, 2015

FREEHILL HOGAN & MAHAR, LLP

By: _____
Gina M. Venezia
Michael Fernandez
Peter J. Gutowski
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900

*Attorneys for Defendant/Third-Party Plaintiff Hapag Lloyd Aktiengesellschaft*

CRÉDIT AGRICOLE CIB

By: _____
Sandeep Savla
Krista M. Ellis
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 261-4155

*Attorneys for Third-Party Defendant Crédit Agricole CIB*

The Clerk of Court is respectfully requested to update the docket to reflect that Credit Agricole has been dismissed as a Defendant in this action.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 9/15/2015