UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,

                Plaintiff,                              14 Civ. 9949 (VEC)

        -against-

U.S. OIL TRADING LLC, O.W. BUNKER
GERMANY GMBH, O.W. BUNKER & TRADING
A/S, O.W. BUNKER USA, INC., ING BANK N.V.,
CRÉDIT AGRICOLE CIB,

                Defendants.
-----------------------------------------------------------------X
U.S. OIL TRADING LLC,

                Plaintiff,                              15 Civ. 6718 (VEC)

        -against-

M/V VIENNA EXPRESS, her tackle, boilers, apparel,
furniture, engines, appurtenances etc., *in rem*, and M/V
SOFIA EXPRESS, her tackle, boilers, apparel, furniture,
engines, appurtenances etc., *in rem*,

                Defendants.
-----------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT, as
claimant to the M/V VIENNA EXPRESS,

      Counter-Claimant and Third-Party Plaintiff,        **Oral Argument Requested**

        -against-

U.S. OIL TRADING LLC,

                Counter-Defendant and              **NOTICE OF MOTION**

O.W. BUNKER GERMANY GMBH, O.W. BUNKER
& TRADING A/S, ING BANK N.V., and CRÉDIT
AGRICOLE CORPORATE AND INVESTMENT
BANK,

                Third-Party Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1(a); the memorandum of law in support of motion for summary judgment; the declaration of Thor A. Nielsen dated May 12, 2016, and the exhibits annexed thereto; the declaration of Lee Weber dated May 12, 2016, and the exhibits annexed thereto; the declaration of John R. Keough dated May 13, 2016, and the exhibits annexed thereto; and all prior proceedings and papers in this action, defendant U.S. Oil Trading LLC ("USOT"), by its attorneys, Clyde & Co US LLP, will move this Honorable Court on July 20, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, at Courtroom 443 of the United States Courthouse for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order granting USOT summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and such other and further relief as may be just in the premises.

Dated: New York, New York
       May 13, 2016

                                                **CLYDE & CO US LLP**

By: /s/ John R. Keough
      John R. Keough
      Casey D. Burlage
      Corey R. Greenwald
      George G. Cornell
      The Chrysler Building
      405 Lexington Avenue, 16th Floor
      New York, New York 10174
      Tel.:  (212) 710-3900
      Fax:  (212) 710-3950

*Attorneys for U.S. Oil Trading LLC*

TO:    Gina M. Venezia, Esq.
Michael Fernandez, Esq.
Michael Dehart, Esq.
**FREEHILL, HOGAN & MAHAR LLP**
80 Pine Street
New York, New York 10005
Tel.: (212) 425-1900
Fax: (212) 425-1901

Anthony J. Pruzinsky, Esq.
Justin M. Heilig, Esq.
**HILL RIVKINS LLP**
45 Broadway, Suite 1500
New York, New York 10006
Tel.: (212) 669-0600
Fax: (212) 669-0698

Darren T. Azman, Esq.
**MCDERMOTT, WILL & EMERY, LLP**
340 Madison Ave.
New York, New York 10017
Tel.: (212) 547-5400
Fax: (212) 547-5444

Bruce G. Paulsen, Esq.
Brian P. Maloney, Esq.
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421