# Exhibit C

EXHIBIT
Kock 5
1-19-16

| | |
|---|---|
| **From:** | Santa Roberta [santa.roberta@mscfleet.com] |
| **Sent:** | Friday, September 26, 2014 11:26 PM |
| **To:** | RQMT-SECTION4 |
| **Cc:** | 'Fleet4'; vpillai@mscsmcy.com; Nigmann, Michael; Moran, Harry; IOCDO@NRCC.COM |
| **Subject:** | SRB SANTA ROBERTA - BUNKER REQUEST AT Tacoma ETA 8-Oct-14 |
| **Attachments:** | SRB - Santa Roberta - Bunker Order 27-Sep-14.xls |

Dear sirs, good day

Please find attached Bunker request form for supply at Tacoma ETA 8-Oct-14

Kindly acknowledge receipt of this message & in due course, please advise arrangements.

Capt Moran, RIC, Kindly confirm if in order to stem bunkers at Tacoma.


Best regards,
G K S Chaudhary - Master,
M.V. "Santa Roberta"
FBB Tel : 870 773 152 401
CYPRUS NO : + 357 2503 0847
GENEVA NO : + 41 225 182 371
USA NO : + 1 210 610 1579
E-Mail : santa.roberta@mscfleet.com
SAT-C : 463791225
SAT-C : 463791226

1

# Bunker Requisition Version 1.0.1. — Hapag-Lloyd

| Field | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Vessel: | SANTA ROBERTA | | | | |
| Service: | MPS | Port: | TACOMA | | | |
| Reason for request: | bunker for round voyage | ETA: | 10/8/2014 | | | |
| | | ETS: | 10/8/2014 | | | |

*please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)*

| | grade | order quantity in mt | | | | |
|---|---|---|---|---|---|---|
| Bunker Requirement: | | | HFO: | 2700 | | | |
| HFO: | RMK 700 | 2700 | MDO: | 100 | | | |
| MDO: | DMA max. 0,10%S | 100 | LSFO: | | | | |
| LSFO: | | | | | | | |

| | grade | max. tech. capacity | max. intake without mixing per area port in mt | | | |
|---|---|---|---|---|---|---|
| Max. Intake: | | | HFO: | 3000 | | | |
| HFO: | RMK 700 | 3000 | MDO: | 100 | | | |
| MDO: | DMA max. 0,10%S | 100 | LSFO: | | | | |
| LSFO: | | | | | | | |

| | stock on 1.charter day | safety fuel reserve | ROB per area port exclusive above required quantities in mt | | | |
|---|---|---|---|---|---|---|
| Stock & ROB: | | | HFO: | 750 | | | |
| HFO: | 480 | 250 | MDO: | 150 | | | |
| MDO: | 19 | 50 | LSFO: | | | | |
| LSFO: | 195 | 200 | | | | | |

| | mt per round voyage | mt at see per day | additional remarks: | | | |
|---|---|---|---|---|---|---|
| average consumption | | | | | | |
| HFO: | 2800 | 60 | | | | |
| MDO: | 220 | 15 | | | | |
| LSFO: | 560 | 60 | | | | |

| | mt or m³ per hour | | | | | |
|---|---|---|---|---|---|---|
| min. pumping rate: | 350 | | | | | |
| max. pumping rate: | 500 | | | | | |

contact details

| Inmarsat Bridge: | +870 773 152 401 | | Masters Name | Chief Engineers Name |
|---|---|---|---|---|
| Inmarsat Master: | +1 210 610 1579 | | G.K.S.CHAUDHARY | SHAMBHU KUMAR |
| Mobil: | | | | |
| E-Mail: | santra.roberta@mscfleet.com | | | |

HPL-USOT 00136