# Exhibit D



EXHIBIT
Kock 6
1-19-16

**From:** Gaus, Lukas
**Sent:** Tuesday, September 30, 2014 10:00 AM
**To:** 'santra.roberta@mscfleet.com'
**Subject:** Bunker Confirmation SANTA ROBERTA
**Attachments:** Bunker Requirement.pdf

Good day on board,

We confirm the receipt of your bunker requirement of

-HFO: 2700 mt RMK 700
-MDO: 100 mt DMA max. 0,10%S
-LSFO: mt
-Port: Los Angeles/Oakland/ Tacoma

Will arrange delivery accordingly.

many thanks and best regards

Lukas Gaus
Hapag-Lloyd AG
Fuels / Lubricants
4140 Purchasing and Supply
Ballindamm 25
20095 Hamburg
Germany

Tel. +49 40 3001 2650
Fax. +49 40 3001 2658
Email : Lukas.Gaus@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz
Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

1

HPL-USOT 00137

# Bunker Requisition Version 1.0.1.

**Hapag-Lloyd**

**Vessel:** SANTA ROBERTA

**Service:** MPS

**Reason for request:** bunker for round voyage

| | Port: | 1 TACOMA | 2 | 3 | 4 |
|---|---|---|---|---|---|
| | ETA: | 08.10.2014 | | | |
| | ETS: | 08.10.2014 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

**Bunker Requirement:**

| grade | order quantity in mt | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| RMK 700 | HFO: | 2700 | HFO: 2700 | | | |
| DMA max. 0,10%S | MDO: | 100 | MDO: 100 | | | |
| | LSFO: | | LSFO: | | | |

**Max. Intake:**

max. intake without mixing per area port in mt

| grade | max. tech. capacity | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| RMK 700 | HFO: | 3000 | HFO: 3000 | | | |
| DMA max. 0,10%S | MDO: | 100 | MDO: 100 | | | |
| | LSFO: | | LSFO: | | | |

**Stock & ROB:**

ROB per area port exclusive above required quantities in mt

| safety fuel reserve | stock on 1.charter day | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| 250 | HFO: | 480 | HFO: 750 | | | |
| 50 | MDO: | 19 | MDO: 150 | | | |
| 200 | LSFO: | 195 | LSFO: | | | |

additional remarks:

**average consumption**

| | mt per round voyage | | mt at see per day |
|---|---|---|---|
| HFO: | 2800 | | 60 |
| MDO: | 220 | | 15 |
| LSFO: | 560 | | 60 |

| | mt or m³ per hour |
|---|---|
| min. pumping rate: | 350 |
| max. pumping rate: | 500 |

**contact details**

| | |
|---|---|
| Inmarsat Bridge: | +870 773 152 401 |
| Inmarsat Master: | +1 210 610 1579 |
| Mobil: | |
| E-Mail: | santra.roberta@mscfleet.com |

Masters Name
G.K.S.CHAUDHARY

Chief Engineers Name
SHAMBHU KUMAR

HPL-USOT 00138