# Exhibit H

4140 Mineralöleinkauf
**MINERALOL-Preisvereinbarungen für HFO und MDO**


Hapag-Lloyd

| | | | | | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Schiff: | | Santa Roberta | | | | Hafen: | ~~Los Angeles~~ | ~~Oakland~~ | Tacoma | |
| | | | | | | ETA: | ~~3/10/14 8:00~~ | ~~5/10/14 8:00~~ | 9/10/14 8:00 | |
| Bestellmenge IFO/MFO (mt): | | 2700 | Bestelltyp IFO/MFO: | RMK 700 | | ETS: | ~~3/10/14 17:00~~ | ~~6/10/14 6:00~~ | 9/10/14 18:00 | |
| Bestellmenge MDO (mt): | | 100 | Bestelltyp MDO: | DMA (0.1) | | | | | | |

| | | Nettopreise US $ pmt. | | | | | | Analysendaten zur Heizwertbestimmung | | | | Brennstoffqualität: | | Bestellkombination: | | Zins % | Notizen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IFO / MFO | | | MDO | | | | | | | Bestelltyp: RMK 500 Schiffsspezifikation: RMK 700 | | | | 5 | | |
| Wahl | Anbieter | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | Viskosität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamtkosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamtkosten nach Energiewert gewichtet ($) | | Hafenauswahl |
| | Chemoil | k.A. | | | k.A. | | | | | | | | | | | | | k.A. | 1 |
| | Gefo | k.A. | | | 891 | | | | | | | | | | | | | Maxum | 1 |
| X | OW Bunker | 554 | | | | | | 490 | 2.15 | 969.5 | 0.05 | 0.05 | 828 | 40.769 | lowest energy cost | $1,495,800 | | US Oil | 3 |
| | Peninsula | 555 | | | 947 | | | 617 | 3.2 | 1001.3 | 0.0336 | 0.09 | 857 | 39.985 | $11.65 | $1,527,249 | $1,621,949 | P66 | 3 |
| | Gefo 2te | 553 | | | | | | 470 | 2.88 | 1008.7 | 0.045 | 0.1 | 867 | 39.973 | $9.81 | $1,522,291 | | Chevron | 2 |
| | Gefo 2te | 557.5 | | | | | | 510 | 1.88 | 995.9 | 0.05 | 0.05 | 854 | 40.490 | $7.29 | $1,515,490 | | Tesoro | 3 |
| | OW Bunker 2te | 556 | | | 947 | | | 617 | 3.2 | 1001.3 | 0.0336 | 0.09 | 857 | 39.985 | $12.65 | $1,529,949 | $1,624,649 | P66 | 3 |
| | OW Bunker 2te | 555 | | | 895 | 885 | | 340 | 3.3 | 1006.9 | 0.02 | 0.2 | 869 | 39.833 | $13.72 | $1,532,836 | $1,621,336 | OW Bunker | 1 |
| | Peninsula 2te | 557 | | | 1030 | | | 510 | 1.88 | 995.9 | 0.05 | 0.05 | 854 | 40.490 | $6.79 | $1,514,140 | $1,617,140 | Tesoro | 3 |

| Verkäufer: | OW Bunker | Name: | Karl Heinz Selmer | Best Nr.: | 028 | 4504069984/4504069986 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | Us Oil / OW Bunker | Datum: | 10/1/2014 | US-$: | | $1,495,800.00 |
| | | | | Unterschrift: | | |

HPL-USOT 00146