# Exhibit O

| | |
|---|---|
| From: | Vienna Express (Mail) [bm.vie@fleet.hlag.com] |
| Sent: | Wednesday, October 08, 2014 12:09 AM |
| To: | RQMT-SECTION3 |
| Cc: | Howell, Daren |
| Subject: | Bunker Order TIW 16.10.14 |
| Attachments: | Bunker Requirement Form Version 1 0 1.xlsx |

Good day,

pls find attached Bunker Order for Tacoma: RMK 700; 2700 MT

Many thanks and best regards
M.Sojda    C/E
Peter Westerfeld / Master

CMV Vienna Express, DGWF2
Phone: +870 773233215,
Fax: +870 783153893
Mobile: +49 (0)172 4549923,
e-mail: bm.vie@fleet.hlag.com

Hapag-Lloyd Aktiengesellschaft
Ballindamm 25, D-20095 Hamburg, www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

HPL-VEX 0004

# Bunker Requisition

**Hapag-Lloyd**

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Vessel: | VIENNA EXPRESS | Port: | TACOMA | | | |
| Service: | NP 3 | ETA: | 16.10.14 / 19:30 | | | |
| Reason for request: | bunker for round voyage | ETS: | 17.10.14 / 23:00 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | grade | order quantity in mt | | | | | |
|---|---|---|---|---|---|---|---|
| Bunker Requirement: | RMK 700 | 2700 | HFO: | 2700 | | | |
| | | | MDO: | | | | |
| | | | LSFO: | | | | |

max. intake without mixing per area port in mt

| | grade | max. tech. capacity | | | | | |
|---|---|---|---|---|---|---|---|
| Max. Intake: | RMK 700 | 7113 | HFO: | 5050 | | | |
| | | 1459 | MDO: | 120 | | | |
| | | 1444 | LSFO: | 670 | | | |

ROB per area port exclusive above required quantities in mt

| | stock on 1.charter day | safety fuel reserve | | | | | |
|---|---|---|---|---|---|---|---|
| Stock & ROB: | HFO: | | 1800 | HFO: | 1120 | | | |
| | MDO: | | 150 | MDO: | 350 | | | |
| | LSFO: | | 500 | LSFO: | 635 | | | |

| | mt per round voyage | mt at see per day | additional remarks: |
|---|---|---|---|
| average consumption | HFO: 2800 | 125 | |
| | MDO: 200 | 0 | |
| | LSFO: 450 | 120 | |

| | mt or m³ per hour |
|---|---|
| min. pumping rate: | 300 |
| max. pumping rate: | 1000 |

### contact details

| | | | Masters Name | Chief Engineers Name |
|---|---|---|---|---|
| Inmarsat Bridge: | 773 233 215 | | P. Westerfeld | M.Sojda |
| Inmarsat Master: | NIL | | | |
| Mobil: | (0) 172 454 9923 | | | |
| E-Mail: | bm.vie@fleet.hlag.com | | | |

HPL-VEX 0005