# Exhibit R

| | From: | Karl Heinz Selmer [khse@owbunker.de] |
|---|---|---|
| | Sent: | Thursday, October 09, 2014 3:56 AM |
| | To: | Niemeyer, Dorit |
| | Subject: | Typicals - VIENNA XP - Tacoma |

P66

| | RMK700 |
|---|---|
| API | 13.50 |
| VIS | 640.00 |
| FLASH | 169 |
| POUR | 36 |
| CCR / MCR | 14.1 |
| ASH | 0.030 |
| H2O | 0.05 |
| S | 1.88 |
| V | 73 |
| Na | 30 |
| Al | 14 |
| Si | 32 |
| Sed | 0.015 |
| Al+Si | 42.0 |

TESORO Typicals: 510 Vis, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sul

USOIL Typicals : 14.3 API, 658 Vis 211F flash, -6C pour, 2.15 sulfur, AL+Si