Exhibit S

## 4140 Mineralöleinkauf
### MINERALOL-Preisvereinbarungen für HFO und MDO

**Hapag-Lloyd**

| | Schiff: | Vienna Expres | | | Hafen: | Tacoma | | | |
| | | | | | ETA: | 16.10.14 0:00 | | | |
| | Bestellmenge IFO/MFO (mt): | 2700 | Bestelltyp IFO/MFO: | RMK 700 | ETS: | | | | |
| | Bestellmenge MDO (mt): | | Bestelltyp MDO: | | | | | | |

| Wahl | Anbieter | Nettopreise US $ pmt. IFO / MFO | | | Nettopreise US $ pmt. MDO | | | Viskosität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamtkosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamtkosten nach Energiewert gewichtet ($) | Zins % | Notizen | Hafenauswahl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | | | | | | | | | | | | | |
| | Gefo | 532,5 | | | | | | 510 | 1,88 | 996 | 0,05 | 0,05 | 854 | 40,488 | $8,25 | $1.447.879 | | | tesoro | |
| X | OW Bunker | 529 | 528 | | | | | 650 | 2,1 | 970 | 0,05 | 0,05 | 826 | 40,778 | lowest energy cost | $1.425.600 | | | us oil rmk 700 | |
| | Peninsula | 530 | 529 | | | | | 510 | 1,88 | 996 | 0,05 | 0,05 | 854 | 40,488 | $4,75 | $1.438.429 | | | Tesoro | |
| | Chemoil | k.a. | | | | | | | | | | | | | | | | | | |
| | Pan Nation | k.a. | | | | | | | | | | | | | | | | | | |

| Verkäufer: | OW Bunker | Name: | K.H. Selmer | Best Nr.: | 029 | 4504073073 |
| Physischer Lieferant: | US Oil | Datum: | 06.10.2014 | US-$: | | $1.425.600,00 |
| | | | | Unterschrift: | | |