# Exhibit W

EXHIBIT
Kock 18
1-19-16

| | |
|---|---|
| From: | SEASPAN HAMBURG [seaspan_hamburg.VRBH6@globeemail.com] |
| Sent: | Wednesday, October 08, 2014 12:44 AM |
| To: | RQMT-SECTION1 |
| Cc: | Gaus, Lukas; tech-e4@seaspanltd.ca |
| Subject: | Seaspan Hamburg - HS HFO Bunker requirement at TIW 16Oct14 |
| Attachments: | Bunker Requirement at TIW 16-Oct-14.xlsx |

Good Day,

Please find attached bunker request.

HS HFO required at Tacoma 16 Oct 2014 - 2900 MT for full round voyage USA - EU - USA.

Thanks & Best Regards,

Capt. Devjeet Basu / Mr.Vitaliy Kryzhnyi Master / Ch Eng , Seaspan Hamburg
Ph: +870 7732 073 00
Ph: +870 7732 096 83
Fax:+870 7839 786 88

Received: from MPD at Globe Wireless;
Wed, 08 Oct 2014 04:47 UTC
Message-id: 318637751

1

HPL-USOT 00090

# Bunker Requisition Version 1.0.1.

**Hapag-Lloyd**

| Vessel: | SEASPAN HAMBURG | Port: | TIW | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| Service: | MPS | ETA: | 16-Oct-14 | | | |
| Reason for request: | bunker to reach next cheapest port | ETS: | 16-Oct-14 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| Bunker Requirement: | grade | order quantity in mt | | | | |
|---|---|---|---|---|---|---|
| HFO: | RMK 500 | 2900 | HFO: | 2900 | | |
| MDO: | DMA max. 0,10%S | | MDO: | | | |
| LSFO: | RMG 380 max.1,00%S | | LSFO: | | | |

| Max. Intake: | grade | max. tech. capacity | max. intake without mixing per area port in mt | | | |
|---|---|---|---|---|---|---|
| HFO: | RMK 500 | 2900 | HFO: | 2900 | | |
| MDO: | DMA max. 0,10%S | | MDO: | | | |
| LSFO: | RMG 380 max.1,00%S | | LSFO: | | | |

| Stock & ROB: | stock on 1.charter day | safety fuel reserve | ROB per area port exclusive above required quantities in mt | | | |
|---|---|---|---|---|---|---|
| HFO: | | | HFO: | 470 | | |
| MDO: | | | MDO: | | | |
| LSFO: | | | LSFO: | | | |

| | mt per round voyage | mt at see per day | additional remarks: |
|---|---|---|---|
| average consumption HFO: | 3200 | 74.4 | HFO ordered for full round voyage USA-EU-USA |
| MDO: | 230 | 74.4 | |
| LSFO: | 450 | 74.4 | |

| | mt or m³ per hour |
|---|---|
| min. pumping rate: | 400 m3 |
| max. pumping rate: | 500 m3 |

**contact details**

| Inmarsat Bridge: | +870773207300 | | |
|---|---|---|---|
| Inmarsat Master: | +870773209683 | | |
| Mobil: | | Masters Name | Chief Engineers Name |
| E-Mail: | seaspan_hamburg.vrbh6@globeemail.com | Capt.D.Basu | C/E V. Kryzhny |

HPL-USOT 00091