# Exhibit BB

| | |
|---|---|
| From: | Lukas Gaus [lukas.gaus@hlag.com] |
| Sent: | Friday, October 10, 2014 8:23 AM |
| To: | Gaus, Lukas; Duarte, Antonio; Vollmer, Egon; Perdigao, Herbert; Cardenas, Jose Abel; MARINE NAGA - TPA; MARINE NONGA - TPA; Oliveira, Sergio; Furer, William; mfuels@oiltest.com; Satcomsea; Seaspan Hamburg; Cook, Danny |
| Subject: | Mv Seaspan Hamburg/USTIW PO 4504073597 |

```
============================================================
BUNKER ORDER INFORMATION: Mv Seaspan Hamburg / TACOMA, WA
============================================================

TO    : Norton Lilly, Seattle
FOR   : MARINE OPERATIONS DEPARTMENT
FROM  : HAPAG-LLOYD AG, HAMBURG
        4140 PURCHASING & SUPPLY

REF.NO.      : 028/4504073597

VESSEL       : Mv Seaspan Hamburg
PORT         : TACOMA, WA
DATE         : ESTIMATED ARRIVAL ON 24.10.2014

POSITION     : 00010
QUANTITY     : 2.900,000 TO
ISO GRADE    : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
SUPPLIER     : US OIL


DELIVERY     : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR     : Oiltest APPOINTED, PHONE:


PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND
RECHECK ALL ITEMS MENTIONED ABOVE.
IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140
PURCHASING & SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
HAVE A NICE DAY
- TKS/BRGDS -

Lukas Gaus
------------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE   +49 40 30012650-
FAX     +49 40 30012658-
MAILTO  lukas.gaus@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
```

1

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00106