# Exhibit II


EXHIBIT
Kock 25
1-19-16

| | |
|---|---|
| Von: | Dorit Niemeyer [dorit.niemeyer@hlag.com] |
| Gesendet: | Thursday, October 23, 2014 10:44 AM |
| An: | Niemeyer, Dorit; khse@owbunker.de; trading@owbunker.de |
| Betreff: | Sofia Express/USTIW PO 4504078460 |

TO   : O.W. Bunker Germany GmbH
FOR  : BUNKER DEPARTMENT

HAPAG-LLOYD BUNKER PURCHASE ORDER

WE HEREWITH CONFIRM HAVING NOMINATED IN ACCORDANCE WITH OUR TERMS AND CONDITIONS OF PURCHASE LATEST EDITION (A COPY SHOULD ALREADY BE IN YOUR POSSESSION - PLEASE ADVISE IF A FURTHER COPY IS REQUIRED) AND TO ANY AMENDMENT THERETO WHICH MAY HAVE BEEN AGREED BETWEEN US.

ALL FUEL DELIVERED TO HAPAG-LLOYD AG AS WELL AS TO HAPAG-LLOYD KREUZFAHRTEN HAVE TO MEET ISO 8217 FOURTH EDITION 2010-07-01 - REFERENCE NO. ISO 8217:2010 (E) PETROLEUM PRODUCTS FUELS (CLASS F) - SPECIFICATIONS OF MARINE FUELS AND ANY AMENDMENT THERETO AND MUST BE IN ACCORDANCE WITH MARPOL 73/78 ANNEX VI AND ANY AMENDMENT THERETO.

REF.NO.   : 029/4504078460 TO BE STATED ON INVOICE
ACCOUNT   : HAPAG-LLOYD AG, HAMBURG
SELLER    : O.W. Bunker Germany GmbH,

VESSEL    : Sofia Express
PORT      : TACOMA, WA
DATE      : ESTIMATED ARRIVAL ON 29.10.2014
            ETA AND ETD SUBJECT TO CHANGE, PLEASE COORDINATE
            TIME OF DELIVERY CAREFULLY WITH AGENT
AGENTS    : Norton Lilly, Seattle

POSITION  : 00010
QUANTITY  : 2,700.000 TO
ISO GRADE : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
PRICE     : 492,00 USD / TO FOB
SUPPLIER  : US OIL

DELIVERY  : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR  : Oiltest APPOINTED, PHONE:


---ADDITIONAL REMARKS---
ISO GRADES     : SELLER HAS TO ENSURE THAT THE PRODUCT DELIVERED IS
                 DERIVED FROM PETROLEUM CRUDE OIL AND MUST NEITHER
                 CONTAIN: CONTAMINANTS (I.E. CHEMICAL
                 WASTE, POLYPROPYLENE, USED LUBRICANTS, ABRASIVE
                 MATERIALS) NOR BLENDING COMPONENTS DERIVED FROM COAL
                 AND SHALE DISTILLATIONS PROCESSES.

SPECIFICATION: SUPPLIER WILL ADVISE BUYER AT LATEST 24H
               (OR THE LAST WORKING DAY BY NOON; HAMBURG TIME)
               BEFORE DELIVERY ABOUT TYPICAL SPECIFICATIONS OF
               THE ABOVE MENTIONED PRODUCTS:

1

HPL-USOT 00058

```
                    CCAI: MAX. 855 FOR RMG 380/
                    CCAI: MAX. 865 FOR RMK 500 / RMK 700
```

| | |
|---|---|
| DELIVERY | : - TRANSFER TEMP.: MIN. 50 °C - MAX. 70 °C<br>IF DELIVERY HAS TO BE ARRANGED BY MORE THAN ONE BARGE, TYPICAL SPES OF EACH BARGE LOAD TO BE ADVISED WELL IN ADVANCE IN CASE SPECS ARE NOT IDENTICAL.<br>IN CASE SUPPLIER FAILS TO DELIVER QUANTITY IN FULL WITHIN LAYTIME OR VESSEL WILL BE DELAYED DUE TO BAD PERFORMANCE THEN THE SELLER/SUPPLIER WILL DELIVER THE QUANTITY IN QUESTION IN THE NEXT PORT OF CALL WITHOUT ANY COSTS TO THE BUYER AND WILL ALSO PAY FOR THE FUEL WHICH WILL BE CONSUMED IN ADDITION TO SPEED UP FOR COMPENSATION. ALL DEMURRAGE AND PUMP BACK CHARGES RESULTING THEREFROM TO BE ABSORBED BY THE SELLER AS WELL. |
| SURVEY | : IT IS MUTUALLY AGREED TO APPOINT A SURVEYOR TO CARRY OUT THE QUANTITY/QUALITY SURVEY.<br>IT IS FURTHER AGREED THAT VOLUMES SHOWN IN THE B.D.R. ARE FINAL TO ALL PARTIES AS LONG AS THEY DO NOT DIFFER MORE THAN TOTAL 0,3% COMPARED TO THE FINDINGS OF THE SURVEYOR. |
| SAMPLING | : THE SAMPLES SHALL BE DRAWN JOINTLY AT A POINT TO BE MUTUALLY AGREED BETWEEN ALL PARTIES, BUT CLOSEST TO THE VESSEL'S MANIFOLD.<br>5 SAMPLES MUST BE DRAWN AND DISTRIBUTED:<br>MASTER: 1   SUPPLIER: 2   SURVEYOR: 2<br><br>IT IS MUTUALLY AGREED BETWEEN SELLER/SUPPLIER AND BUYER TO USE ONLY SAMPLE BOTTLES FITTED WITH TWO SEAL LUGS. IN CASE SUPPLIERS CANNOT PROVIDE SUCH BOTTLES THEN VESSEL'S REPRESENTATIVE SHALL HAND OVER SAID BOTTLES TO SUPPLIERS FREE OF CHARGE. SAMPLES TO BE SIGNED BY BOTH PARTIES, SEALED BY SUPPLIER AND COUNTERSEALED BY VESSEL'S REPRESENTATIVE.<br>IT MUST BE NOTED THAT SAMPLES DRAWN EX INSTALLATION OR BEYOND BUYERS CONTROL ARE NOT LEGALLY BINDING IN CASE OF A DISPUTE. THIS INCLUDES ALSO BUNKERSTEMS NOT ATTENDED BY AN INDEPENDENT SURVEYOR. SUCCESSFUL HAND OVER OF SUCH INSTALLATION SAMPLES OR SPECICAL ACCEPTANCE NOTES ON CORRESPONDING BUNKER RECEIPTS EVEN THOUGH ACCEPTED BY THE VESSEL BY SIGNING SUCH RECEIPTS OR SAMPLES ARE DECLARED AS NOT REPRESENTATIVE BY ALL MEANS. |
| PAYMENT | : 30 DD / 15 DI<br>IF WE DO NOT RECEIVE YOUR INVOICE WITHIN 15 DAYS AFTER DATE OF DELIVERY, THE DUE DATE TO BE EXTENDED BY THE NUMBER OF DELAYED DAYS ACCORDINGLY.<br>IN THAT CASE NO INTEREST WILL BE PAID. |
| INVOICING | : BY REGULAR MAIL OR COURIER.<br>PLEASE SEND YOUR INVOICES STRICTLY TO:<br>    HAPAG-LLOYD AG<br>    8300 FINANZ-& RECHNUNGSWESEN<br>    BALLINDAMM 25<br>    20095 HAMBURG<br>    GERMANY |

HPL-USOT 00059

PLEASE KEEP CLOSE CONTACT TO AGENTS, RECHECK ALL DETAILS MENTIONED.

SELLER/SUPPLIER WARRENTS THAT THE PRODUCT OFFERED OR NOMINATED IN A POTENTIAL ORDER IS NOT DESIGNATED IN ANY SANCTIONS LIST ISSUED BY THE UN, US OR EU AND IS NOT OWNED OR CONTROLLED BY ANY PERSON OR ENTITY REGISTERED IN OR OPERATING FROM SYRIA, IRAN OR DESIGNATED IN ANY SANCTIONS ISSUED BY THE UN, US OR EU.

MANY THANKS AND BEST REGARDS.
Dorit Niemeyer
-----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 3001-2657
FAX    +49 40 3001-2658
MAILTO dorit.niemeyer@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen, Vorsitzender, Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen ( CEO ), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB
97937

HPL-USOT 00060