# Exhibit B

## Lee Weber

**From:** Lee Weber
**Sent:** Wednesday, October 01, 2014 8:10 AM
**To:** 'NLI/SEA - Heath Albright'
**Subject:** RE: Santa Roberta

Works for me, thanks!

**From:** NLI/SEA - Heath Albright [mailto:halbright@nortonlilly.com]
**Sent:** Wednesday, October 01, 2014 8:05 AM
**To:** Lee Weber; sea-ops@nortonlilly.com
**Cc:** richard.alty@comcast.net
**Subject:** RE: Santa Roberta

Hi Lee,

ETB 0630/9 and ETD 1800/9th at PCT. Can we set up delivery for 0700/9th?

Thanks,

Best Regards,
Heath Albright
Operations Mgr.

S5/Norton Lilly International
1201 1st Ave S. #330, Seattle, WA 98134
Office:   206-622-6250 (24 hrs)
Cell:     206-819-0271
Fax:      206-622-6243
Email:    sea-ops@nortonlilly.com
"ASBA and FONASBA member"
As Agents Only

**From:** Lee Weber [mailto:lnw@usor.com]
**Sent:** Wednesday, October 01, 2014 8:02 AM
**To:** sea-ops@nortonlilly.com
**Subject:** Santa Roberta

Good morning!

Got the order to deliver 2700mt of fuel to the Santa Roberta, reported to be Tacoma Oct. 9
Please let me know her expected port schedule and desired delivery time when you have good info on her?

Thanks,
Lee

1