# Exhibit K

## Lee Weber

**From:** Lee Weber
**Sent:** Thursday, October 23, 2014 1:32 PM
**To:** 'sea-ops@nortonlilly.com'
**Subject:** RE: Sofia Express

Thank you Jamey – right now I'm leading towards about 2100/29th, right after the barge completes a delivery to a Tote ship but let's touch base again first thing Monday the 27th to get her current status?

Lee

**From:** Norton Lilly Int'l Seattle Office [mailto:sea-ops@nortonlilly.com]
**Sent:** Thursday, October 23, 2014 12:13 PM
**To:** Lee Weber; sea-ops@nortonlilly.com
**Cc:** richard.alty@comcast.net; AnthonyLewis1618@hotmail.com
**Subject:** RE: Sofia Express

Good Day Lee,

Presently we are looking at 29/0900 ETB, 30/1700 ETD for the SOFIA EXPRESS, WUT in Tacoma.

Best Regards,

Jamey Morrison
Operations Agent

Norton Lilly Int'l – Seattle
1201 1st Ave South #330
Seattle, WA 98134
As Agent Only

(206) 622-6250   Office
(206) 601-8641   Cell
(206) 622-6243   Fax
sea-ops@nortonlilly.com

**From:** Lee Weber [mailto:lnw@usor.com]
**Sent:** Thursday, October 23, 2014 11:31 AM
**To:** sea-ops@nortonlilly.com
**Subject:** Sofia Express

Got the order to supply 2700 mt to the Sofia Express.
Let me know when you have a good handle on her port schedule?

Thanks!
Lee

1

USOT 000265