# Exhibit M

## NLI/SEA - Jamey Morrison

| | |
|---|---|
| From: | Norton Lilly Int'l Seattle Office <sea-ops@nortonlilly.com> |
| Sent: | Tuesday, October 28, 2014 1:06 PM |
| To: | sea-ops@nortonlilly.com; Sofia Express (Mail) |
| Cc: | Grant Balke HLAG; 'Keven Snyder Port of Tacoma'; Max Furer HLAG; Montship Vancouver BC; WUT Marine Tower; WUT Security; 'Cruz, Jose'; Lee Weber; richard.alty@comcast.net; AnthonyLewis1618@hotmail.com |
| Subject: | RE: mv SOFIA EXPRESS - NP3 VOY. 028E - Tacoma Schedule - Revision #1 |
| Attachments: | SIX 028E TIW Sched.docx |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |
| | |
| Categories: | Printed for File |

TO:     Master, m/v SOFIA EXPRESS – NP3 028E
CC:     As Addressed
FM:     Norton Lilly International – Jamey Morrison, Agent

RE:     Tacoma Schedule

Good Day Captain Gründel,

Basis ETD Vancouver Delta Port 28/1800, and latest info from WUT/Coastal planners please see below revised schedule for berthing and operations in Tacoma:

**28 OCT 2014**
1800    ETD Vancouver B.C.
2300    ETA Port Angeles Pilot Station, Pilot on Board.

**29 OCT 2014**
0400    ETA Commencement Bay, 3 Tugs Alongside, Harbor Pilot on via Tug
0500    ETB, WUT #2 South Berth, Stbd landing, Bridge Mark: 1700'
0500    Agent On Board.
0500    CBP Officers aboard for immigrations formalities.
        Please have all Passports and Visas ready for inspection, all I-95 Shore passes completed.
0600    Bunker Barge scheduled alongside to stem 2700mt RMK-700 via USOIL.
0700    CBP Agriculture Inspectors may board for AGM deck inspection.
0700    De-Lashing Gangs schedule aboard.
0800    Cargo operations scheduled to Commence with 3 Day Gangs.
1800    Cargo Operations scheduled to Continue with 5 Night Gangs.

**30 OCT 2014**
0300    Cargo Operations scheduled to Continue with 3 Hoot Gangs.
0800    Cargo Operations scheduled to Continue with 2-3 Day Gangs.
1630    Cargo Operations estimated to Complete.
1700    Earliest Expected ETD for Tokyo, Japan (JPTYO).

**HUSBANDRY ITEMS:**
28/1255  Arriving 2/O Mr. Hernandez picked up at SeaTac airport and transported to EQC Hotel.
29/0500  Charts Package received in office brought aboard by agent.
29/0700  Arriving 2/O brought to terminal.**
29/1200  Departing 2/O Mr. Luttemann picked up from terminal** and taken to SeaTac airport for flight 29/1505.

1

**Please note for crew changes and shore leave during cargo operations at either berth, crew will need to use the terminal shuttle to the main gate, transportation is not permitted to come alongside the vessel during cargo operations.

| TACOMA CONTACT INFORMATION | PHONE | FAX | EMAIL | REMARKS |
|---|---|---|---|---|
| Norton Lilly Agent | (206) 622-6250 | (206) 622-6243 | sea-ops@nortonlilly.com | 24 Hour Phone |
| WUT Planners | (253) 396-4914 | | | |
| WUT Planners (2nd line) | (253) 396-4935 | | | |
| PFSO -Terry Graybill | (253) 677-2078 | (253) 396-4930 | tctls@hmm21.com | Primary FSO |
| PFSO -Steve Bassett | (253) 405-4440 | (253) 396-4930 | Steve.bassett@hmm21.com | Secondary FSO |
| WUT Shuttle Bus | (253) 396-4913 | | or by VHF Radio given to gangway | For Crew Shuttle to Gate |
| Tacoma Seaman Center | (253) 272-0716 | | | Open 1200-2000 daily |
| Taxi Service | (253) 475-4205 | | | 24 Hours, to gate only |
| WUT Address: | 1815 Port of Tacoma Road, Tacoma WA 98421 | | | |

| LOCAL RULES & GUIDELINES | |
|---|---|
| Line Handlers | Request 30 foot, or 8m taglines and messenger lines be used. |
| ILWU -Store Loading | ILWU union contract prohibits loading of stores during working hours by anyone other than ILWU labor. Therefore you are allowed to load stores using ships provision crane only during meal and other work breaks, for maximum duration of 1 hour. Loading stores at any other time may expose the vessel to "in lieu of claim" for 4 hours longshoreman labor. At no time should ship's cargo cranes be used to load stores. |
| USDA- Food & Garbage | USDA may board at any time while in port to inspect for garbage and food violations. First violation is $1,000 (USD) and subsequent violations up to $5,000 (USD). Garbage containers should be: 1) Inside Rail, 2) Not Leaking, 3) Covered at all times. Outside cooking grills need to be cleaned with no food remains present. |

ARRIVAL DOCUMENTS

Please have ready on arrival following documents:
- Ship's Registry – **ORIGINAL**
- International Load Line Certificate – **COPY**
- Safety Equipment Certif. + Supplement E – **COPY**
- International Tonnage Certif. – **ORIGINAL**
- Certificate of Financial Responsibility (COFR) – **COPY**
- Bridge Letter - **COPY** (If owner is not the same with operator as stated on COFR)
- Previous Tonnage Taxes and User Fee Receipts
- Last Port Clearance - **ORIGINAL + 1 COPY**

- I-418 (crew list) – **3 pcs**
- CF 1304 (crew effects) – **3 pcs**
- CF 1303 (ship's stores) – **3 pcs**
- Port of Call – **3 pcs**

NLI0028

Best Regards,

Jamey Morrison
Operations Agent

Norton Lilly Int'l – Seattle
1201 1st Ave South #330
Seattle, WA 98134
As Agent Only

(206) 622-6250   Office
(206) 601-8641   Cell
(206) 622-6243   Fax
sea-ops@nortonlilly.com