UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPAG-LLOYD AKTIENGESELLSCHAFT,<br><br>                    Plaintiff,<br><br>  - against -<br><br>U.S. OIL TRADING L.L.C., O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                    Defendants. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>No. 14 Civ. 9949 (VEC) |
| U.S. OIL TRADING LLC,<br><br>                    Plaintiff,<br><br>  - against -<br><br>M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>                    Defendants. | No. 15 Civ. 6718 (VEC) |
| HAPAG-LLOYD AG, as claimant to the *in rem* defendant M/V VIENNA EXPRESS,<br><br>                  Third-Party Plaintiff,<br><br>  - against -<br><br>O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                Third-Party Defendants. | |

       PLEASE TAKE NOTICE that upon its memorandum of law and Local Civil Rule 56.1 Statement of Material Facts, the accompanying Affidavit of Brian P. Maloney dated May 13, 2016, and upon all the prior pleadings and proceedings herein, ING Bank N.V., as Security Agent ("ING"), will move this Court, at the Thurgood Marshall United States Courthouse located at 40

Foley Square, Courtroom 443, New York, New York 10007, for an order finding that (1) U.S. Oil Trading LLC's ("USOT") maritime lien claims fail because USOT cannot show it took its orders from the vessel owners or a person authorized by the owners and (2) that the funds on deposit with the Court should be disbursed into a designated account to be handled as Collection Proceeds in an agreed manner by ING and O.W. Germany in accordance with their Cooperation Agreement.

New York, New York
May 13, 2016

                                      SEWARD & KISSEL LLP

                                      By:   s/ Bruce G. Paulsen
                                            Bruce G. Paulsen
                                            Brian P. Maloney
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      (212) 574-1200

                                      *Attorneys for ING Bank N.V., as Security Agent*