UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPAG-LLOYD AG,<br><br>                    Plaintiff,<br>   - against -<br><br>U.S. OIL TRADING LLC, O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                    Defendants. | 14-cv-9949 (VEC) |
| U.S. OIL TRADING LLC,<br><br>                    Plaintiff,<br>   - against -<br><br>M/V VIENNA EXPRESS, her tackle, boilers, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, etc., *in rem,*<br><br>                    Defendants.<br><br>HAPAG-LLOYD AG, as claimant to the *in rem* defendant M/V VIENNA EXPRESS,<br><br>                    Third-Party Plaintiff,<br><br>   - against -<br><br>O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                    Third-Party Defendants. | 15-cv-6718 (VEC) |

**O.W. BUNKER GERMANY GMBH'S**
**<u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, its Local Civil Rule 56.1 Statement, the Declarations of Justin M. Heilig and Dr. Matthias Kampshoff both dated May 13, 2016, the exhibits annexed thereto, any reply papers served hereafter, and all pleadings and prior proceedings had herein, defendant/third-party defendant/interpleader claimant/counterclaimant O.W. Bunker Germany GmbH ("OW Germany"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, will move this Court, before the Honorable Valerie E. Caproni, at the Thurgood Marshall U.S. Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 443, New York, NY 10007, for summary judgment on: (a) its interpleader claims against Surety Bond No. SNO0000012 (the "Bond") in action 14-cv-9949 for non-payment of the invoices issued by OW Germany for the bunkers delivered to the M/V SEASPAN HAMBURG and M/V SOFIA EXPRESS; (b) its counterclaims against Hapag-Lloyd AG ("Hapag") in action 14-cv-9949 for the amounts due and owing to OW Germany but not covered by the Bond, including contractual interest at a rate of 12% per annum; and (c) its counterclaims against Hapag in actions 14-cv-9949 and 15-cv-6718 for non-payment of the invoice issued by OW Germany for the bunkers delivered to the M/V VIENNA EXPRESS.

In addition, OW Germany will move the Court for an Order directing that any funds from either the Bond surety or Hapag be disbursed in a manner agreed upon with ING Bank N.V. ("ING") pursuant to and in accordance with the Cooperation Agreement between OW Germany and ING.

Dated: New York, New York
   May 13, 2016       M<small>C</small>D<small>ERMOTT</small> W<small>ILL</small> & E<small>MERY</small> LLP

                /s/ Timothy W. Walsh
                Timothy W. Walsh
                Darren Azman
                340 Madison Avenue
                New York, New York 10173
                Telephone: (212) 547-5400
                Facsimile: (212) 547-5444

                -and-

                H<small>ILL</small> R<small>IVKINS</small> LLP

                /s/ Justin M. Heilig
                Justin M. Heilig
                Anthony J. Pruzinsky
                45 Broadway, Suite 1500
                New York, New York 10006
                Telephone: (212) 669-0600
                Facsimile: (212) 669-0698

                *Attorneys for O.W. Bunker Germany GmbH*

To:
  John Keough, Esq.
  Casey Burlage, Esq.
  Clyde & Co US LLP

  Bruce Paulsen, Esq.
  Brian Maloney, Esq.
  Seward & Kissel LLP

  Michael Fernandez, Esq.
  Gina Venezia, Esq.
  Michael Dehart, Esq.
  Freehill Hogan & Mahar LLP

## CERTIFICATE OF SERVICE

  I hereby certify that on May 13, 2016, I caused the foregoing document to be filed on the Court's CM/ECF System for electronic service on all counsel of record in this action.

                     /s/ Justin M. Heilig