UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPAG-LLOYD AG,<br><br>                    Plaintiff,<br>  - against -<br><br>U.S. OIL TRADING LLC, O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                    Defendants. | 14-cv-9949 (VEC) |
| U.S. OIL TRADING LLC,<br><br>                    Plaintiff,<br>  - against -<br><br>M/V VIENNA EXPRESS, her tackle, boilers, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, etc., *in rem,*<br><br>                    Defendants. | 15-cv-6718 (VEC) |
| HAPAG-LLOYD AG, as claimant to the *in rem* defendant M/V VIENNA EXPRESS,<br><br>                    Third-Party Plaintiff,<br>  - against -<br><br>O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                    Third-Party Defendants. | |

**DECLARATION OF JUSTIN M. HEILIG
IN SUPPORT OF O.W. BUNKER GERMANY GMBH'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Justin M. Heilig, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Hill Rivkins LLP, co-counsel for O.W. Bunker Germany GmbH ("OW Germany"), together with McDermott Will & Emery LLP, in the above-captioned actions.

2. I make this Declaration in support of OW Germany's Motion for Summary Judgment based upon my own personal knowledge, the documents contained in my file, and various discussions with my client and co-counsel.  OW Germany seeks summary judgment on its *in personam* interpleader claims and counterclaims against Hapag-Lloyd AG ("Hapag").

3. Attached hereto as **Exhibit 1** is a Ship & Bunker news article by Alessandro Mauro, entitled "OW Bunker: How One of the World's Largest Marine Fuel Traders Went from IPO to Bankruptcty – Part 1," which is publicly available at: http://shipandbunker.com/news/features/industry-insight/649431-ow-bunker-how-one-of-the-worlds-largest-marine-fuel-traders-went-from-ipo-to-bankruptcy-part-1-founding-to-ipo.

4. Attached hereto as **Exhibit 2** is a Bloomberg news article by Christian Wienberg, entitled "OW Jumps After Selling Second Biggest Danish IPO Since 2010," which is publicly available at: http://www.bloomberg.com/news/articles/2014-03-28/ow-bunker-s-980-million-ipo-denmark-s-second-biggest-since-2010.

5. Attached hereto as **Exhibit 3** is an O.W. Bunker A/S ("OW Denmark") company announcement made on October 7, 2014, which is publicly available from the NASDAQ GlobeNewswire service at: http://globenewswire.com/news-release/2014/10/07/671235/0/en/OW-Bunker-adjusts-full-year-2014-financial-guidance-and-changes-financial-calendar.html.

6.      Attached hereto as **Exhibit 4** is an OW Denmark company announcement made on October 23, 2014, which is publicly available from the NASDAQ GlobeNewswire service at: http://globenewswire.com/news-release/2014/10/23/675647/0/en/OW-Bunker-Q3-2014-Interim-Financial-report-Earnings-hit-by-unrealised-risk-management-loss-FY-volume-outlook-lowered-to-focus-on-higher-margin-business.html.

7.      Attached hereto as **Exhibit 5** is an OW Denmark company announcement made on November 5, 2014, which is publicly available from the NASDAQ GlobeNewswire service at: https://globenewswire.com/news-release/2014/11/05/680315/0/en/OW-Bunker-announces-fraud-in-Singapore-subsidiary-and-additional-significant-risk-management-loss.html.

8.      Attached hereto as **Exhibit 6** are excerpts from Hapag's 2015 Annual Report, which is publicly available at: http://ir.hapag-lloyd.com/websites/hapaglloyd/English/4100/annual-and-interim-reports.html.

9.      Attached hereto as **Exhibits 7 – 10** are transcript excerpts from the deposition testimony of the parties' Rule 30(b)(6) witnesses.  Pursuant to Section 3(c) of Judge Caproni's individual rules, text-searchable copies of the full deposition transcripts will be provided to the Court on a compact disc.  I also note that certain portions of the deposition testimony have been designated as "Confidential" and "Highly Confidential" pursuant to the Protective Order issued by the Court on Dec. 7, 2015.  [14-cv-9949, Dkt. # 149.]  The following is a summary of these exhibits:

| Exhibit No. | Witness Name / Party / Date | Pages |
|---|---|---|
| 7 | Norbert Kock / Hapag / Jan. 19, 2016 | 14-29, 38-101, 106-161, 198-201, 210-213 |

| 8 | Thor Nielsen / USOT / Jan. 7, 2016 | 26-33, 38-41, 50-57, 66-77, 86-93 |
| --- | --- | --- |
| 9 | Götz Lehsten / OW Germany / Feb. 23, 2016 | 34-41, 82-85, 94-97, 110-17, errata sheet |
| 10 | Boris Gronenberg / OW Germany / Feb. 24, 2016 | 30-33, 50-61, 70-73, 78-85 |

10. Attached hereto as **Exhibits 11 - 30** are documents produced by the parties during discovery in these actions. Documents bearing the Bates stamp prefix "HPL-USOT" were produced by Hapag, while those bearing the prefix "OWG" were produced by OW Germany. Documents stamped with the prefixes "USOT" and "ING" were produced by U.S. Oil Trading LLC ("USOT") and ING Bank N.V. ("ING"), respectively. The following is a summary of these exhibits:

| Exhibit No. | Description | Bates No. |
| --- | --- | --- |
| 11 | Emails and requisition forms from Vessels to Hapag | HPL-USOT 90-91<br>HPL-USOT 115-16<br>HPL-USOT 135-36<br>HPL-USOT 175 |
| 12 | Bcc email solicitations for bids from Hapag to sellers | HPL-USOT 92<br>OWG 152<br>OWG 374<br>HPL-USOT 139-40 |
| 13 | Email requests for quotations from OW Germany to OW USA | OWG 149<br>OWG 153<br>OWG 375<br>OWG 462 |
| 14 | Emails with "typicals" from OW USA to OW Germany | OWG 446-50<br>OWG 477-79<br>OWG 492-94<br>OWG 514-15 |

4

| 15 | Emails with "typicals" from OW Germany to Hapag | HPL-USOT 93<br>HPL-USOT 142<br>HPL-USOT 180 |
|---|---|---|
| 16 | Hapag's internal fuel comparison charts | HPL-USOT 94<br>HPL-USOT 117<br>HPL-USOT 146<br>HPL-USOT 181 |
| 17 | Purchase Orders issued by Hapag to OW Germany | HPL-USOT 102-04<br>HPL-USOT 118-20<br>HPL-USOT 151-53<br>HPL-USOT 182-84 |
| 18 | Sales Order Confirmations issued by OW Germany to Hapag | HPL-USOT 95-98<br>HPL-USOT 147-50<br>HPL-USOT 189-92<br>OWG 196-99 |
| 19 | Purchase Order Confirmations from OW Germany to OW USA | OWG 190-92<br>OWG 193-95<br>OWG 200-02<br>OWG 383-85 |
| 20 | Sales Order Confirmations from OW USA to OW Germany | OWG 464-68<br>OWG 487-91<br>OWG 507-11<br>OWG 516-20 |
| 21 | Purchase Order Confirmations from OW USA to USOT | USOT 3-4<br>USOT 55-56<br>USOT 110-11<br>USOT 165-66 |
| 22 | USOT's Sales Confirmations | USOT 1-2<br>USOT 53-54<br>USOT 108-09<br>USOT 163-64 |
| 23 | Emails from Vessels to Hapag with Bunker Delivery Receipts | HPL-USOT 113-14<br>HPL-USOT 128-29<br>HPL-USOT 170-71<br>HPL-USOT 197-98 |

| 24 | OW Germany's Invoices to Hapag | HPL-USOT 24<br>HPL-USOT 78<br>HPL-USOT 80<br>HPL-USOT 199-200 |
|---|---|---|
| 25 | OW USA's Invoices to OW Germany | OWG 38<br>OWG 46<br>OWG 54<br>OWG 64 |
| 26 | USOT's Invoices | USOT 8<br>USOT 60<br>USOT 115<br>USOT 170 |
| 27 | Hapag's Payment Advice (*Zahlungsavis*) to OW Germany | HPL-USOT 172 |
| 28 | Notices of Cooperation Agreement | ING 469-70<br>ING 474-76 |
| 29 | Email chain between OW Germany and OW USA | OWG 502-06 |
| 30 | Claim email from Hapag to OW Germany | HPL-USOT 126 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2016

_____

Justin M. Heilig
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, NY 10006
Tel: (212) 669-0600
Fax: (212) 669-0698
Email: jheilig@hillrivkins.com