# EXHIBIT 17

| | |
|---|---|
| From: | Gaus, Lukas on behalf of RQMT-SECTION1 |
| Sent: | Monday, October 13, 2014 2:55 AM |
| To: | khse@owbunker.de; trading@owbunker.de |
| Subject: | RE: Mv Seaspan Hamburg/USTIW PO 4504073597 |

Moin Karl,

just for your info - as agreed correct ETA shall read 16.10.2014 of course.

brgds,
Lukas


-----Original Message-----
From: Lukas Gaus [mailto:lukas.gaus@hlag.com]
Sent: Friday, October 10, 2014 2:23 PM
To: khse@owbunker.de; Gaus, Lukas; trading@owbunker.de
Subject: Mv Seaspan Hamburg/USTIW PO 4504073597

TO    : O.W. Bunker Germany GmbH
FOR   : BUNKER DEPARTMENT

HAPAG-LLOYD BUNKER PURCHASE ORDER

WE HEREWITH CONFIRM HAVING NOMINATED IN ACCORDANCE WITH OUR TERMS AND CONDITIONS OF PURCHASE LATEST EDITION (A COPY SHOULD ALREADY BE IN YOUR POSSESSION - PLEASE ADVISE IF A FURTHER COPY IS REQUIRED) AND TO ANY AMENDMENT THERETO WHICH MAY HAVE BEEN AGREED BETWEEN US.

ALL FUEL DELIVERED TO HAPAG-LLOYD AG AS WELL AS TO HAPAG-LLOYD KREUZFAHRTEN HAVE TO MEET ISO 8217 FOURTH EDITION 2010-07-01 - REFERENCE NO. ISO 8217:2010 (E) PETROLEUM PRODUCTS FUELS (CLASS F) - SPECIFICATIONS OF MARINE FUELS AND ANY AMENDMENT THERETO AND MUST BE IN ACCORDANCE WITH MARPOL 73/78 ANNEX VI AND ANY AMENDMENT THERETO.

```
REF.NO.      : 028/4504073597 TO BE STATED ON INVOICE
ACCOUNT      : HAPAG-LLOYD AG, HAMBURG
SELLER       : O.W. Bunker Germany GmbH,

VESSEL       : Mv Seaspan Hamburg
PORT         : TACOMA, WA
DATE         : ESTIMATED ARRIVAL ON 16.10.2014 REVISED
               ETA AND ETD SUBJECT TO CHANGE, PLEASE COORDINATE
               TIME OF DELIVERY CAREFULLY WITH AGENT
AGENTS       : Norton Lilly, Seattle

POSITION     : 00010
QUANTITY     : 2.900,000 TO
ISO GRADE    : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
PRICE        : 523,00 USD / TO FOB
SUPPLIER     : US OIL


DELIVERY     : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR     : Oiltest APPOINTED, PHONE:
```

1

HPL-USOT 00102

```
---ADDITIONAL REMARKS---
ISO GRADES    : SELLER HAS TO ENSURE THAT THE PRODUCT DELIVERED IS
                DERIVED FROM PETROLEUM CRUDE OIL AND MUST NEITHER
                CONTAIN: CONTAMINANTS (I.E. CHEMICAL
                WASTE, POLYPROPYLENE, USED LUBRICANTS, ABRASIVE
                MATERIALS) NOR BLENDING COMPONENTS DERIVED FROM COAL
                AND SHALE DISTILLATIONS PROCESSES.


SPECIFICATION: SUPPLIER WILL ADVISE BUYER AT LATEST 24H
                (OR THE LAST WORKING DAY BY NOON; HAMBURG TIME)
                BEFORE DELIVERY ABOUT TYPICAL SPECIFICATIONS OF
                THE ABOVE MENTIONED PRODUCTS:

                CCAI: MAX. 855 FOR RMG 380/
                CCAI: MAX. 865 FOR RMK 500 / RMK 700


DELIVERY      : - TRANSFER TEMP.: MIN. 50 °C - MAX. 70 °C
                IF DELIVERY HAS TO BE ARRANGED BY MORE THAN ONE BARGE,
                TYPICAL SPES OF EACH BARGE LOAD TO BE ADVISED WELL IN
                ADVANCE IN CASE SPECS ARE NOT IDENTICAL.
                IN CASE SUPPLIER FAILS TO DELIVER QUANTITY IN FULL
                WITHIN LAYTIME OR VESSEL WILL BE DELAYED DUE TO BAD
                PERFORMANCE THEN THE SELLER/SUPPLIER WILL DELIVER THE
                QUANTITY IN QUESTION IN THE NEXT PORT OF CALL WITHOUT
                ANY COSTS TO THE BUYER AND WILL ALSO PAY FOR THE FUEL
                WHICH WILL BE CONSUMED IN ADDITION TO SPEED UP FOR
                COMPENSATION. ALL DEMURRAGE AND PUMP BACK CHARGES
                RESULTING THEREFROM TO BE ABSORBED BY THE SELLER AS WELL.


SURVEY        : IT IS MUTUALLY AGREED TO APPOINT A SURVEYOR TO
                CARRY OUT THE QUANTITY/QUALITY SURVEY.
                IT IS FURTHER AGREED THAT VOLUMES SHOWN IN THE
                B.D.R. ARE FINAL TO ALL PARTIES AS LONG AS THEY DO
                NOT DIFFER MORE THAN TOTAL 0,3% COMPARED TO THE
                FINDINGS OF THE SURVEYOR.
SAMPLING      : THE SAMPLES SHALL BE DRAWN JOINTLY AT A POINT TO
                BE MUTUALLY AGREED BETWEEN ALL PARTIES, BUT
                CLOSEST TO THE VESSEL'S MANIFOLD.
                5 SAMPLES MUST BE DRAWN AND DISTRIBUTED:
                MASTER: 1   SUPPLIER: 2    SURVEYOR: 2

                IT IS MUTUALLY AGREED BETWEEN SELLER/SUPPLIER AND
                BUYER TO USE ONLY SAMPLE BOTTLES FITTED WITH TWO SEAL
                LUGS. IN CASE SUPPLIERS CANNOT PROVIDE SUCH BOTTLES
                THEN VESSEL'S REPRESENTATIVE SHALL HAND OVER SAID
                BOTTLES TO SUPPLIERS FREE OF CHARGE. SAMPLES TO BE
                SIGNED BY BOTH PARTIES, SEALED BY SUPPLIER AND
                COUNTERSEALED BY VESSEL'S REPRESENTATIVE.
                IT MUST BE NOTED THAT SAMPLES DRAWN EX INSTALLATION
                OR BEYOND BUYERS CONTROL ARE NOT LEGALLY BINDING IN
                CASE OF A DISPUTE. THIS INCLUDES ALSO BUNKERSTEMS NOT
                ATTENDED BY AN INDEPENDENT SURVEYOR. SUCCESSFUL HAND
                OVER OF SUCH INSTALLATION SAMPLES OR SPECICAL ACCEPTANCE
                NOTES ON CORRESPONDING BUNKER RECEIPTS EVEN THOUGH
                ACCEPTED BY THE VESSEL BY SIGNING SUCH RECEIPTS OR
                SAMPLES ARE DECLARED AS NOT REPRESENTATIVE BY ALL MEANS.
```

```
PAYMENT        : 30 DD / 15 DI
                 IF WE DO NOT RECEIVE YOUR INVOICE WITHIN 15 DAYS
                 AFTER DATE OF DELIVERY, THE DUE DATE TO BE EXTENDED
                 BY THE NUMBER OF DELAYED DAYS ACCORDINGLY.
                 IN THAT CASE NO INTEREST WILL BE PAID.

INVOICING      : BY REGULAR MAIL OR COURIER.
                 PLEASE SEND YOUR INVOICES STRICTLY TO:
                     HAPAG-LLOYD AG
                     8300 FINANZ-& RECHNUNGSWESEN
                     BALLINDAMM 25
                     20095 HAMBURG
                     GERMANY
```

PLEASE KEEP CLOSE CONTACT TO AGENTS, RECHECK ALL DETAILS MENTIONED.

SELLER/SUPPLIER WARRENTS THAT THE PRODUCT OFFERED OR NOMINATED IN A POTENTIAL ORDER IS NOT DESIGNATED IN ANY SANCTIONS LIST ISSUED BY THE UN, US OR EU AND IS NOT OWNED OR CONTROLLED BY ANY PERSON OR ENTITY REGISTERED IN OR OPERATING FROM SYRIA, IRAN OR DESIGNATED IN ANY SANCTIONS ISSUED BY THE UN, US OR EU.

MANY THANKS AND BEST REGARDS.
Lukas Gaus
----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE   +49 40 30012650-
FAX     +49 40 30012658-
MAILTO  lukas.gaus@hlag.com
www.hapag-lloyd.com


Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen, Vorsitzender, Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00104

| | |
|---|---|
| From: | Dorit Niemeyer [dorit.niemeyer@hlag.com] |
| Sent: | Thursday, October 23, 2014 4:44 AM |
| To: | Niemeyer, Dorit; khse@owbunker.de; trading@owbunker.de |
| Subject: | Sofia Express/USTIW PO 4504078460 |

```
TO    : O.W. Bunker Germany GmbH
FOR   : BUNKER DEPARTMENT

HAPAG-LLOYD BUNKER PURCHASE ORDER

WE HEREWITH CONFIRM HAVING NOMINATED IN ACCORDANCE WITH OUR TERMS AND CONDITIONS OF PURCHASE
LATEST EDITION (A COPY SHOULD ALREADY BE IN YOUR POSSESSION - PLEASE ADVISE IF A FURTHER COPY
IS REQUIRED) AND TO ANY AMENDMENT THERETO WHICH MAY HAVE BEEN AGREED BETWEEN US.

ALL FUEL DELIVERED TO HAPAG-LLOYD AG AS WELL AS TO HAPAG-LLOYD KREUZFAHRTEN HAVE TO MEET ISO
8217 FOURTH EDITION 2010-07-01 - REFERENCE NO. ISO 8217:2010 (E) PETROLEUM PRODUCTS FUELS
(CLASS F) - SPECIFICATIONS OF MARINE FUELS AND ANY AMENDMENT THERETO AND MUST BE IN
ACCORDANCE WITH MARPOL 73/78 ANNEX VI AND ANY AMENDMENT THERETO.

REF.NO.       : 029/4504078460 TO BE STATED ON INVOICE
ACCOUNT       : HAPAG-LLOYD AG, HAMBURG
SELLER        : O.W. Bunker Germany GmbH,

VESSEL        : Sofia Express
PORT          : TACOMA, WA
DATE          : ESTIMATED ARRIVAL ON 29.10.2014
                ETA AND ETD SUBJECT TO CHANGE, PLEASE COORDINATE
                TIME OF DELIVERY CAREFULLY WITH AGENT
AGENTS        : Norton Lilly, Seattle

POSITION      : 00010
QUANTITY      : 2.700,000 TO
ISO GRADE     : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
PRICE         : 492,00 USD / TO FOB
SUPPLIER      : US OIL


DELIVERY      : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR      : Oiltest APPOINTED, PHONE:


---ADDITIONAL REMARKS---
ISO GRADES    : SELLER HAS TO ENSURE THAT THE PRODUCT DELIVERED IS
                DERIVED FROM PETROLEUM CRUDE OIL AND MUST NEITHER
                CONTAIN: CONTAMINANTS (I.E. CHEMICAL
                WASTE, POLYPROPYLENE, USED LUBRICANTS, ABRASIVE
                MATERIALS) NOR BLENDING COMPONENTS DERIVED FROM COAL
                AND SHALE DISTILLATIONS PROCESSES.

SPECIFICATION: SUPPLIER WILL ADVISE BUYER AT LATEST 24H
               (OR THE LAST WORKING DAY BY NOON; HAMBURG TIME)
               BEFORE DELIVERY ABOUT TYPICAL SPECIFICATIONS OF
               THE ABOVE MENTIONED PRODUCTS:
```

HPL-USOT 00118

```
                    CCAI: MAX. 855 FOR RMG 380/
                    CCAI: MAX. 865 FOR RMK 500 / RMK 700

DELIVERY          : - TRANSFER TEMP.: MIN. 50 °C - MAX. 70 °C
                    IF DELIVERY HAS TO BE ARRANGED BY MORE THAN ONE BARGE,
                    TYPICAL SPES OF EACH BARGE LOAD TO BE ADVISED WELL IN
                    ADVANCE IN CASE SPECS ARE NOT IDENTICAL.
                    IN CASE SUPPLIER FAILS TO DELIVER QUANTITY IN FULL
                    WITHIN LAYTIME OR VESSEL WILL BE DELAYED DUE TO BAD
                    PERFORMANCE THEN THE SELLER/SUPPLIER WILL DELIVER THE
                    QUANTITY IN QUESTION IN THE NEXT PORT OF CALL WITHOUT
                    ANY COSTS TO THE BUYER AND WILL ALSO PAY FOR THE FUEL
                    WHICH WILL BE CONSUMED IN ADDITION TO SPEED UP FOR
                    COMPENSATION. ALL DEMURRAGE AND PUMP BACK CHARGES
                    RESULTING THEREFROM TO BE ABSORBED BY THE SELLER AS WELL.

SURVEY            : IT IS MUTUALLY AGREED TO APPOINT A SURVEYOR TO
                    CARRY OUT THE QUANTITY/QUALITY SURVEY.
                    IT IS FURTHER AGREED THAT VOLUMES SHOWN IN THE
                    B.D.R. ARE FINAL TO ALL PARTIES AS LONG AS THEY DO
                    NOT DIFFER MORE THAN TOTAL 0,3% COMPARED TO THE
                    FINDINGS OF THE SURVEYOR.
SAMPLING          : THE SAMPLES SHALL BE DRAWN JOINTLY AT A POINT TO
                    BE MUTUALLY AGREED BETWEEN ALL PARTIES, BUT
                    CLOSEST TO THE VESSEL'S MANIFOLD.
                    5 SAMPLES MUST BE DRAWN AND DISTRIBUTED:
                    MASTER: 1   SUPPLIER: 2    SURVEYOR: 2

                    IT IS MUTUALLY AGREED BETWEEN SELLER/SUPPLIER AND
                    BUYER TO USE ONLY SAMPLE BOTTLES FITTED WITH TWO SEAL
                    LUGS. IN CASE SUPPLIERS CANNOT PROVIDE SUCH BOTTLES
                    THEN VESSEL'S REPRESENTATIVE SHALL HAND OVER SAID
                    BOTTLES TO SUPPLIERS FREE OF CHARGE. SAMPLES TO BE
                    SIGNED BY BOTH PARTIES, SEALED BY SUPPLIER AND
                    COUNTERSEALED BY VESSEL'S REPRESENTATIVE.
                    IT MUST BE NOTED THAT SAMPLES DRAWN EX INSTALLATION
                    OR BEYOND BUYERS CONTROL ARE NOT LEGALLY BINDING IN
                    CASE OF A DISPUTE. THIS INCLUDES ALSO BUNKERSTEMS NOT
                    ATTENDED BY AN INDEPENDENT SURVEYOR. SUCCESSFUL HAND
                    OVER OF SUCH INSTALLATION SAMPLES OR SPECICAL ACCEPTANCE
                    NOTES ON CORRESPONDING BUNKER RECEIPTS EVEN THOUGH
                    ACCEPTED BY THE VESSEL BY SIGNING SUCH RECEIPTS OR
                    SAMPLES ARE DECLARED AS NOT REPRESENTATIVE BY ALL MEANS.

PAYMENT           : 30 DD / 15 DI
                    IF WE DO NOT RECEIVE YOUR INVOICE WITHIN 15 DAYS
                    AFTER DATE OF DELIVERY, THE DUE DATE TO BE EXTENDED
                    BY THE NUMBER OF DELAYED DAYS ACCORDINGLY.
                    IN THAT CASE NO INTEREST WILL BE PAID.

INVOICING         : BY REGULAR MAIL OR COURIER.
                    PLEASE SEND YOUR INVOICES STRICTLY TO:
                            HAPAG-LLOYD AG
                            8300 FINANZ-& RECHNUNGSWESEN
                            BALLINDAMM 25
                            20095 HAMBURG
                            GERMANY
```

HPL-USOT 00119

PLEASE KEEP CLOSE CONTACT TO AGENTS, RECHECK ALL DETAILS MENTIONED.

SELLER/SUPPLIER WARRENTS THAT THE PRODUCT OFFERED OR NOMINATED IN A POTENTIAL ORDER IS NOT DESIGNATED IN ANY SANCTIONS LIST ISSUED BY THE UN, US OR EU AND IS NOT OWNED OR CONTROLLED BY ANY PERSON OR ENTITY REGISTERED IN OR OPERATING FROM SYRIA, IRAN OR DESIGNATED IN ANY SANCTIONS ISSUED BY THE UN, US OR EU.

MANY THANKS AND BEST REGARDS.
Dorit Niemeyer
-----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 3001-2657
FAX    +49 40 3001-2658
MAILTO dorit.niemeyer@hlag.com
www.hapag-lloyd.com


Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen, Vorsitzender, Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB
97937

HPL-USOT 00120

| | |
|---|---|
| From: | Lukas Gaus [lukas.gaus@hlag.com] |
| Sent: | Wednesday, October 01, 2014 6:27 AM |
| To: | khse@owbunker.de; Gaus, Lukas; trading@owbunker.de |
| Subject: | Santa Roberta/USTIW PO 4504069984 |

```
TO      : O.W. Bunker Germany GmbH
FOR     : BUNKER DEPARTMENT
```

HAPAG-LLOYD BUNKER PURCHASE ORDER

WE HEREWITH CONFIRM HAVING NOMINATED IN ACCORDANCE WITH OUR TERMS AND CONDITIONS OF PURCHASE LATEST EDITION (A COPY SHOULD ALREADY BE IN YOUR POSSESSION - PLEASE ADVISE IF A FURTHER COPY IS REQUIRED) AND TO ANY AMENDMENT THERETO WHICH MAY HAVE BEEN AGREED BETWEEN US.

ALL FUEL DELIVERED TO HAPAG-LLOYD AG AS WELL AS TO HAPAG-LLOYD KREUZFAHRTEN HAVE TO MEET ISO 8217 FOURTH EDITION 2010-07-01 - REFERENCE NO. ISO 8217:2010 (E) PETROLEUM PRODUCTS FUELS (CLASS F) - SPECIFICATIONS OF MARINE FUELS AND ANY AMENDMENT THERETO AND MUST BE IN ACCORDANCE WITH MARPOL 73/78 ANNEX VI AND ANY AMENDMENT THERETO.

```
REF.NO.       : 028/4504069984 TO BE STATED ON INVOICE
ACCOUNT       : HAPAG-LLOYD AG, HAMBURG
SELLER        : O.W. Bunker Germany GmbH,

VESSEL        : Santa Roberta
PORT          : TACOMA, WA
DATE          : ESTIMATED ARRIVAL ON 09.10.2014
                ETA AND ETD SUBJECT TO CHANGE, PLEASE COORDINATE
                TIME OF DELIVERY CAREFULLY WITH AGENT
AGENTS        : Norton Lilly, Seattle

POSITION      : 00010
QUANTITY      : 2.700,000 TO
ISO GRADE     : MARINE FUEL OIL ISO RMK 500 MAX 3,50 % S
PRICE         : 554,00 USD / TO FOB
SUPPLIER      : US Oil

DELIVERY      : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR      : Oiltest APPOINTED, PHONE:


---ADDITIONAL REMARKS---
ISO GRADES    : SELLER HAS TO ENSURE THAT THE PRODUCT DELIVERED IS
                DERIVED FROM PETROLEUM CRUDE OIL AND MUST NEITHER
                CONTAIN: CONTAMINANTS (I.E. CHEMICAL
                WASTE, POLYPROPYLENE, USED LUBRICANTS, ABRASIVE
                MATERIALS) NOR BLENDING COMPONENTS DERIVED FROM COAL
                AND SHALE DISTILLATIONS PROCESSES.

SPECIFICATION: SUPPLIER WILL ADVISE BUYER AT LATEST 24H
                (OR THE LAST WORKING DAY BY NOON; HAMBURG TIME)
                BEFORE DELIVERY ABOUT TYPICAL SPECIFICATIONS OF
                THE ABOVE MENTIONED PRODUCTS:

                CCAI: MAX. 855 FOR RMG 380/
```

```
                     CCAI: MAX. 865 FOR RMK 500 / RMK 700

DELIVERY        : - TRANSFER TEMP.: MIN. 50 °C - MAX. 70 °C
                  IF DELIVERY HAS TO BE ARRANGED BY MORE THAN ONE BARGE,
                  TYPICAL SPES OF EACH BARGE LOAD TO BE ADVISED WELL IN
                  ADVANCE IN CASE SPECS ARE NOT IDENTICAL.
                  IN CASE SUPPLIER FAILS TO DELIVER QUANTITY IN FULL
                  WITHIN LAYTIME OR VESSEL WILL BE DELAYED DUE TO BAD
                  PERFORMANCE THEN THE SELLER/SUPPLIER WILL DELIVER THE
                  QUANTITY IN QUESTION IN THE NEXT PORT OF CALL WITHOUT
                  ANY COSTS TO THE BUYER AND WILL ALSO PAY FOR THE FUEL
                  WHICH WILL BE CONSUMED IN ADDITION TO SPEED UP FOR
                  COMPENSATION. ALL DEMURRAGE AND PUMP BACK CHARGES
                  RESULTING THEREFROM TO BE ABSORBED BY THE SELLER AS WELL.

SURVEY          : IT IS MUTUALLY AGREED TO APPOINT A SURVEYOR TO
                  CARRY OUT THE QUANTITY/QUALITY SURVEY.
                  IT IS FURTHER AGREED THAT VOLUMES SHOWN IN THE
                  B.D.R. ARE FINAL TO ALL PARTIES AS LONG AS THEY DO
                  NOT DIFFER MORE THAN TOTAL 0,3% COMPARED TO THE
                  FINDINGS OF THE SURVEYOR.
SAMPLING        : THE SAMPLES SHALL BE DRAWN JOINTLY AT A POINT TO
                  BE MUTUALLY AGREED BETWEEN ALL PARTIES, BUT
                  CLOSEST TO THE VESSEL'S MANIFOLD.
                  5 SAMPLES MUST BE DRAWN AND DISTRIBUTED:
                  MASTER: 1   SUPPLIER: 2   SURVEYOR: 2

                  IT IS MUTUALLY AGREED BETWEEN SELLER/SUPPLIER AND
                  BUYER TO USE ONLY SAMPLE BOTTLES FITTED WITH TWO SEAL
                  LUGS. IN CASE SUPPLIERS CANNOT PROVIDE SUCH BOTTLES
                  THEN VESSEL'S REPRESENTATIVE SHALL HAND OVER SAID
                  BOTTLES TO SUPPLIERS FREE OF CHARGE. SAMPLES TO BE
                  SIGNED BY BOTH PARTIES, SEALED BY SUPPLIER AND
                  COUNTERSEALED BY VESSEL'S REPRESENTATIVE.
                  IT MUST BE NOTED THAT SAMPLES DRAWN EX INSTALLATION
                  OR BEYOND BUYERS CONTROL ARE NOT LEGALLY BINDING IN
                  CASE OF A DISPUTE. THIS INCLUDES ALSO BUNKERSTEMS NOT
                  ATTENDED BY AN INDEPENDENT SURVEYOR. SUCCESSFUL HAND
                  OVER OF SUCH INSTALLATION SAMPLES OR SPECICAL ACCEPTANCE
                  NOTES ON CORRESPONDING BUNKER RECEIPTS EVEN THOUGH
                  ACCEPTED BY THE VESSEL BY SIGNING SUCH RECEIPTS OR
                  SAMPLES ARE DECLARED AS NOT REPRESENTATIVE BY ALL MEANS.

PAYMENT         : 30 DD / 15 DI
                  IF WE DO NOT RECEIVE YOUR INVOICE WITHIN 15 DAYS
                  AFTER DATE OF DELIVERY, THE DUE DATE TO BE EXTENDED
                  BY THE NUMBER OF DELAYED DAYS ACCORDINGLY.
                  IN THAT CASE NO INTEREST WILL BE PAID.

INVOICING       : BY REGULAR MAIL OR COURIER.
                  PLEASE SEND YOUR INVOICES STRICTLY TO:
                       HAPAG-LLOYD AG
                       8300 FINANZ-& RECHNUNGSWESEN
                       BALLINDAMM 25
                       20095 HAMBURG
                       GERMANY

                                    2
```

PLEASE KEEP CLOSE CONTACT TO AGENTS, RECHECK ALL DETAILS MENTIONED.

SELLER/SUPPLIER WARRENTS THAT THE PRODUCT OFFERED OR NOMINATED IN A POTENTIAL ORDER IS NOT DESIGNATED IN ANY SANCTIONS LIST ISSUED BY THE UN, US OR EU AND IS NOT OWNED OR CONTROLLED BY ANY PERSON OR ENTITY REGISTERED IN OR OPERATING FROM SYRIA, IRAN OR DESIGNATED IN ANY SANCTIONS ISSUED BY THE UN, US OR EU.

MANY THANKS AND BEST REGARDS.
Lukas Gaus
------------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE   +49 40 30012650-
FAX     +49 40 30012658-
MAILTO lukas.gaus@hlag.com
www.hapag-lloyd.com


Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen, Vorsitzender, Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00153

| | |
|---|---|
| From: | Dorit Niemeyer [dorit.niemeyer@hlag.com] |
| Sent: | Thursday, October 09, 2014 7:36 AM |
| To: | Niemeyer, Dorit; khse@owbunker.de; trading@owbunker.de |
| Subject: | Vienna Express/USTIW PO 4504073073 |

```
TO    : O.W. Bunker Germany GmbH
FOR   : BUNKER DEPARTMENT

HAPAG-LLOYD BUNKER PURCHASE ORDER

WE HEREWITH CONFIRM HAVING NOMINATED IN ACCORDANCE WITH OUR TERMS AND CONDITIONS OF PURCHASE
LATEST EDITION (A COPY SHOULD ALREADY BE IN YOUR POSSESSION - PLEASE ADVISE IF A FURTHER COPY
IS REQUIRED) AND TO ANY AMENDMENT THERETO WHICH MAY HAVE BEEN AGREED BETWEEN US.

ALL FUEL DELIVERED TO HAPAG-LLOYD AG AS WELL AS TO HAPAG-LLOYD KREUZFAHRTEN HAVE TO MEET ISO
8217 FOURTH EDITION 2010-07-01 - REFERENCE NO. ISO 8217:2010 (E) PETROLEUM PRODUCTS FUELS
(CLASS F) - SPECIFICATIONS OF MARINE FUELS AND ANY AMENDMENT THERETO AND MUST BE IN
ACCORDANCE WITH MARPOL 73/78 ANNEX VI AND ANY AMENDMENT THERETO.

REF.NO.        : 029/4504073073 TO BE STATED ON INVOICE
ACCOUNT        : HAPAG-LLOYD AG, HAMBURG
SELLER         : O.W. Bunker Germany GmbH,

VESSEL         : Vienna Express
PORT           : TACOMA, WA
DATE           : ESTIMATED ARRIVAL ON 16.10.2014
                 ETA AND ETD SUBJECT TO CHANGE, PLEASE COORDINATE
                 TIME OF DELIVERY CAREFULLY WITH AGENT
AGENTS         : Norton Lilly, Seattle

POSITION       : 00010
QUANTITY       : 2.700,000 TO
ISO GRADE      : MARINE FUEL OIL ISO RMK 500 MAX 3,50 % S
PRICE          : 528,00 USD / TO FOB
SUPPLIER       : US Oil


DELIVERY       : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR       : Oiltest APPOINTED, PHONE:


---ADDITIONAL REMARKS---
ISO GRADES     : SELLER HAS TO ENSURE THAT THE PRODUCT DELIVERED IS
                 DERIVED FROM PETROLEUM CRUDE OIL AND MUST NEITHER
                 CONTAIN: CONTAMINANTS (I.E. CHEMICAL
                 WASTE; POLYPROPYLENE, USED LUBRICANTS, ABRASIVE
                 MATERIALS) NOR BLENDING COMPONENTS DERIVED FROM COAL
                 AND SHALE DISTILLATIONS PROCESSES.

SPECIFICATION: SUPPLIER WILL ADVISE BUYER AT LATEST 24H
                 (OR THE LAST WORKING DAY BY NOON; HAMBURG TIME)
                 BEFORE DELIVERY ABOUT TYPICAL SPECIFICATIONS OF
                 THE ABOVE MENTIONED PRODUCTS:
```

HPL-USOT 00182

```
                    CCAI: MAX. 855 FOR RMG 380/
                    CCAI: MAX. 865 FOR RMK 500 / RMK 700

DELIVERY          : - TRANSFER TEMP.: MIN. 50 °C - MAX. 70 °C
                    IF DELIVERY HAS TO BE ARRANGED BY MORE THAN ONE BARGE,
                    TYPICAL SPES OF EACH BARGE LOAD TO BE ADVISED WELL IN
                    ADVANCE IN CASE SPECS ARE NOT IDENTICAL.
                    IN CASE SUPPLIER FAILS TO DELIVER QUANTITY IN FULL
                    WITHIN LAYTIME OR VESSEL WILL BE DELAYED DUE TO BAD
                    PERFORMANCE THEN THE SELLER/SUPPLIER WILL DELIVER THE
                    QUANTITY IN QUESTION IN THE NEXT PORT OF CALL WITHOUT
                    ANY COSTS TO THE BUYER AND WILL ALSO PAY FOR THE FUEL
                    WHICH WILL BE CONSUMED IN ADDITION TO SPEED UP FOR
                    COMPENSATION. ALL DEMURRAGE AND PUMP BACK CHARGES
                    RESULTING THEREFROM TO BE ABSORBED BY THE SELLER AS WELL.

SURVEY            : IT IS MUTUALLY AGREED TO APPOINT A SURVEYOR TO
                    CARRY OUT THE QUANTITY/QUALITY SURVEY.
                    IT IS FURTHER AGREED THAT VOLUMES SHOWN IN THE
                    B.D.R. ARE FINAL TO ALL PARTIES AS LONG AS THEY DO
                    NOT DIFFER MORE THAN TOTAL 0,3% COMPARED TO THE
                    FINDINGS OF THE SURVEYOR.
SAMPLING          : THE SAMPLES SHALL BE DRAWN JOINTLY AT A POINT TO
                    BE MUTUALLY AGREED BETWEEN ALL PARTIES, BUT
                    CLOSEST TO THE VESSEL'S MANIFOLD.
                    5 SAMPLES MUST BE DRAWN AND DISTRIBUTED:
                    MASTER: 1   SUPPLIER: 2    SURVEYOR: 2

                    IT IS MUTUALLY AGREED BETWEEN SELLER/SUPPLIER AND
                    BUYER TO USE ONLY SAMPLE BOTTLES FITTED WITH TWO SEAL
                    LUGS. IN CASE SUPPLIERS CANNOT PROVIDE SUCH BOTTLES
                    THEN VESSEL'S REPRESENTATIVE SHALL HAND OVER SAID
                    BOTTLES TO SUPPLIERS FREE OF CHARGE. SAMPLES TO BE
                    SIGNED BY BOTH PARTIES, SEALED BY SUPPLIER AND
                    COUNTERSEALED BY VESSEL'S REPRESENTATIVE.
                    IT MUST BE NOTED THAT SAMPLES DRAWN EX INSTALLATION
                    OR BEYOND BUYERS CONTROL ARE NOT LEGALLY BINDING IN
                    CASE OF A DISPUTE. THIS INCLUDES ALSO BUNKERSTEMS NOT
                    ATTENDED BY AN INDEPENDENT SURVEYOR. SUCCESSFUL HAND
                    OVER OF SUCH INSTALLATION SAMPLES OR SPECICAL ACCEPTANCE
                    NOTES ON CORRESPONDING BUNKER RECEIPTS EVEN THOUGH
                    ACCEPTED BY THE VESSEL BY SIGNING SUCH RECEIPTS OR
                    SAMPLES ARE DECLARED AS NOT REPRESENTATIVE BY ALL MEANS.

PAYMENT           : 30 DD / 15 DI
                    IF WE DO NOT RECEIVE YOUR INVOICE WITHIN 15 DAYS
                    AFTER DATE OF DELIVERY, THE DUE DATE TO BE EXTENDED
                    BY THE NUMBER OF DELAYED DAYS ACCORDINGLY.
                    IN THAT CASE NO INTEREST WILL BE PAID.

INVOICING         : BY REGULAR MAIL OR COURIER.
                    PLEASE SEND YOUR INVOICES STRICTLY TO:
                          HAPAG-LLOYD AG
                          8300 FINANZ-& RECHNUNGSWESEN
                          BALLINDAMM 25
                          20095 HAMBURG
                          GERMANY
```

HPL-USOT 00183

PLEASE KEEP CLOSE CONTACT TO AGENTS, RECHECK ALL DETAILS MENTIONED.

SELLER/SUPPLIER WARRENTS THAT THE PRODUCT OFFERED OR NOMINATED IN A POTENTIAL ORDER IS NOT DESIGNATED IN ANY SANCTIONS LIST ISSUED BY THE UN, US OR EU AND IS NOT OWNED OR CONTROLLED BY ANY PERSON OR ENTITY REGISTERED IN OR OPERATING FROM SYRIA, IRAN OR DESIGNATED IN ANY SANCTIONS ISSUED BY THE UN, US OR EU.

MANY THANKS AND BEST REGARDS.
Dorit Niemeyer
-------------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 3001-2657
FAX    +49 40 3001-2658
MAILTO dorit.niemeyer@hlag.com
www.hapag-lloyd.com


Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen, Vorsitzender, Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00184