# EXHIBIT 22



# U.S. Oil Trading LLC
## Quality, Service, Performance

Confirmation Number: 14-185 12818

Date/Time: 10/15/2014   10:45 AM

Buyer: OW Bunker & Trading A/S
Fax:

Seller: US Oil Trading LLC
Fax: 253-572-1717

Vessel: Vienna Express
Dest. Port: Tacoma, WA, USA
ETA: Friday, October 17, 2014
Agent: Norton Lilly
Payment Terms: Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,700.00 | $521.00 | $1,406,700.00 |
| | | | | $1,406,700.00 |

For any questions regarding this transaction, please feel free to contact me at any time..
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE. PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED. YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,                                    Voice: 253-680-3238
                                            Fax1: 253-572-1717
                                            Fax2: 253-383-9970
                                            Home:
Lee N. Weber                                Cell: 253-377-8356
US Oil Trading LLC                          Car:
3001 Marshall Avenue                        Pager:

USOT 000001

Tacoma, WA 98421				Email: lnw@usor.com

USOT 000002



# U.S. Oil Trading LLC
## Quality, Service, Performance

Confirmation Number: 14-190 12829

Date/Time: 10/28/2014    11:35 AM

Buyer: OW Bunker & Trading A/S
Fax:

Seller: US Oil Trading LLC
Fax: 253-572-1717

Vessel: Sofia Express
Dest. Port: Tacoma, WA, USA
ETA: Wednesday, October 29, 2014
Agent: Norton Lilly
Payment Terms: Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,700.00 | $490.00 | $1,323,000.00 |
| | | | | $1,323,000.00 |

For any questions regarding this transaction, please feel free to contact me at any time.,
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE. PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED. YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,                                Voice: 253-680-3238
                                        Fax1: 253-572-1717
                                        Fax2: 253-383-9970
                                        Home:
Lee N. Weber                            Cell: 253-377-8356
US Oil Trading LLC                      Car:
3001 Marshall Avenue                    Pager:

USOT 000053

Tacoma, WA 98421                                  Email: lnw@usor.com

USOT 000054



# U.S. Oil Trading LLC
## Quality, Service, Performance

Confirmation Number: 14-179 12815

Date/Time: 11/10/2014   8:22 AM

Buyer: OW Bunker & Trading A/S
Fax:

Seller: US Oil Trading LLC
Fax: 253-572-1717

Vessel: Santa Roberta
Dest. Port: Tacoma, WA, USA
ETA: Wednesday, October 08, 2014
Agent: Norton Lilly
Payment Terms: Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,700.00 | $548.00 | $1,479,600.00 |
| | | | | $1,479,600.00 |

For any questions regarding this transaction, please feel free to contact me at any time..

Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE. PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED. YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

Lee N. Weber
US Oil Trading LLC
3001 Marshall Avenue

Voice: 253-680-3238
Fax1: 253-572-1717
Fax2: 253-383-9970
Home:
Cell: 253-377-8356
Car:
Pager:

Tacoma, WA 98421

Email: lnw@usor.com

USOT 000109



# U.S. Oil Trading LLC
## Quality, Service, Performance

Confirmation Number: 14-184 12819

Date/Time: 10/13/2014  2:43 PM

Buyer: OW Bunker & Trading A/S
Fax:

Seller: US Oil Trading LLC
Fax: 253-572-1717

Vessel: Seaspan Hamburg
Dest. Port: Tacoma, WA, USA
ETA: Thursday, October 16, 2014
Agent: Norton Lilly
Payment Terms: Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,900.00 | $519.00 | $1,505,100.00 |
| | | | | $1,505,100.00 |

For any questions regarding this transaction, please feel free to contact me at any time..
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE. PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED. YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

Voice: 253-680-3238
Fax1: 253-572-1717
Fax2: 253-383-9970
Home:
Cell: 253-377-8356
Car:
Pager:

Lee N. Weber
US Oil Trading LLC
3001 Marshall Avenue

USOT 000163

Tacoma, WA 98421

Email: lnw@usor.com

USOT 000164