# EXHIBIT 24

SAASSOS OSSIS 1438532



# Bunker

M/V SEASPAN HAMBURG
AND/OR OWNERS/CHARTERERS

Hapag-Lloyd AG
8300 Accounting
Ballindamm 25
D-20095 Hamburg
Germany



Hapag-Lloyd
Aktiengesellschaft
Eingang 28. Okt. 2014
Rechnungswesen

gebucht
28. Okt. 2014

PORT: TACOMA
YOUR REFERENCE: 028/4504073597 M. Yaylaoglu

| DATE OF INVOICE | : | 16. October 2014 |
| INVOICE NO | : | 119-29423 |
| ORDER NO. | : | 119-28241 |
| DATE OF SUPPLY | : | 16. October 2014 |
| DUE DATE | : | 15. November 2014 |

| Quantity supplied | Quality/description | Price/per | | Invoice amount |
|---|---|---|---|---|
| 2.900,210 MT | Fueloil 700 CST 3,5% | 523,00 | MT | 1.516.809,83 |
| 1,000 LPS | Booming fee | | LPS | |

1,28140

HL0010016637934 9

Our VAT No.  DE814847085    Total    USD    1.516.809,83

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK: ING Bank N.V.

ACCOUNT: IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81

USD and all other currencies
EUR

SWIFT: INGBNL2A

O.W. BUNKER GERMANY GMBH
Neumühlen 11
D-22763 Hamburg

Phone: +49 40 3255900
Fax: +49 40 330471

Tax No. / Steuer Nr. 41/768/03488

E-mail: trading@owbunker.de
Internet: http://www.owbunker.com

Managing director: Götz Lehsten
HR B 100089

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

HPL-USOT 00024


**Bunker**

M/V SOFIA EXPRESS
AND/OR OWNERS/CHARTERERS

Hapag-Lloyd AG
8300 Accounting
Ballindamm 25
D-20095 Hamburg
Germany

DATE OF INVOICE : 01. November 2014
INVOICE NO       : 119-29521
ORDER NO.        : 119-28331
DATE OF SUPPLY   : 01. November 2014
DUE DATE         : 01. December 2014

PORT: TACOMA
YOUR REFERENCE: 029/4504078460

| Quantity supplied | Qualify/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,680.220 MT | Fueloil 700 CST 3,5% | 492,00 MT | 1,318,668.24 |
| 1,000 LPS | Booming fee | LPS | |

Nicht steuerbare Lieferung im Ausland /
Non-taxable delivery abroad

A) 26660

Your VAT No.  DE 813960018
Our VAT No.   DE814847085

VAT Amount  USD        0,00
Total       USD  1,318,668.24

The prices are excl. all taxes and/or other fees.

TERMS OF PAYMENT 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK:     ING Bank N.V.
ACCOUNT:  IBAN: NL36 INGB 0020 1180 31       USD and all other currencies
          IBAN: NL10 INGB 0651 3696 81       EUR
          SWIFT: INGBNL2A

O.W. BUNKER GERMANY GMBH
Neumühlen 11
D-22763 Hamburg

Phone: +49 40 8766900
Fax: +49 40 880171

Tax No / Steuer Nr. 41/700/03166

E-Mail: trading@owbunker.de
Internet: http://www.owbunker.com

Managing director: Götz Lehsten
HR B 100069

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

GESAMTSEITEN  01

HPL-USOT 00078

5M9857M6
(5M9M067)

**W Bunker**

gebucht
20. Okt. 2014
M. Sakowski

Viargl

M/V SANTA ROBERTA
AND/OR OWNERS/CHARTERERS

Hapag-Lloyd AG
8300 Accounting
Ballindamm 25
D-20095 Hamburg
Germany

| | |
|---|---|
| DATE OF INVOICE : | 09. October 2014 |
| INVOICE NO : | 119-29378 |
| ORDER NO. : | 119-28179 |
| DATE OF SUPPLY : | 09. October 2014 |
| DUE DATE : | 08. November 2014 |

PORT: TACOMA
YOUR REFERENCE: 028/4504069984

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2.700,110 MT | Fueloil 700 CST 3,5% | 554,00 MT | 1.495.860,94 |
| 1,000 LPS | Booming fee | LPS | |

HL0010018750770 F

1,2690

| | | | |
|---|---|---|---|
| Our VAT No. DE814847085 | Total | USD | 1.495.860,94 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK:    ING Bank N.V.

ACCOUNT: IBAN: NL26 INGB 0020 1180 31
         IBAN: NL10 INGB 0651 3696 81       USD and all other currencies
                                            EUR
SWIFT: INGBNL2A

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

O.W. BUNKER GERMANY GMBH
Neumühlen 11
D-22763 Hamburg

Phone: +49 40 3285900
Fax: +49 40 330471

Tax No. / Steuer Nr. 41/706/03460

E-mail: trading@owbunker.de
Internet: http://www.owbunker.com

Managing director: Götz Lehsten
HR B 100080

HPL-USOT-00080

| | |
|---|---|
| Von: | Victoria Bohn [vibo@owbunker.de] |
| Gesendet: | Mittwoch, 29. Oktober 2014 08:58 |
| An: | Sakowski, Marion |
| Betreff: | RECHNUNG & LIEFERSCHEIN MV VIENNA XP |
| Anlagen: | VIENNA XP2014-10-29-122442.pdf |

Guten Morgen Frau Sakowksi,

Anbei erhalten Sie Rechnung und Lieferschein für die Bunkerung

MV VIENNA XP in TACOMA am 18-10-14

Die Originale folgen per Kurier.

Wir danken für Ihren Auftrag und verbleiben,

Mit freundlichen Grüßen / With best regards



**O.W. Bunker Germany GmbH**

Member of O.W. Bunker Group

**Victoria Bohn**

Administration / Accounts

| | |
|---|---|
| Office: | + 49 40 32 55 900 |
| Direct: | + 49 40 32 55 90 32 |
| Fax: | + 49 40 33 04 71 |
| E-mail.: | vibo@owbunker.de |
| Office E-mail: | trading@owbunker.de |
| Web: | www.wristgroup.com |

O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089

*This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liability for any damage from any virus software or the like contained in this email. Thank you!*

Please consider the environment before printing this email

1

5M99AH963
(S1H99540)

**W Bunker**

gebucht
29. Okt. 2014
M. Sakowski

M/V VIENNA EXPRESS
AND/OR OWNERS/CHARTERERS

Hapag-Lloyd AG
8300 Accounting
Ballindamm 25
D-20095 Hamburg
Germany

Kargl

| | |
|---|---|
| DATE OF INVOICE : | 18. October 2014 |
| INVOICE NO : | 119-29447 |
| ORDER NO. : | 119-28229 |
| DATE OF SUPPLY : | 18. October 2014 |
| DUE DATE : | 17. November 2014 |

PORT: TACOMA
YOUR REFERENCE: 029/4504073073

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2.710,930 MT | Fueloil 700 CST 3,5% | 528,00 MT | 1.431.371,04 |
| 1,000 LPS | Booming fee | LPS | |



1,28 1H0

| | | | |
|---|---|---|---|
| Our VAT No. | DE814847085 | Total USD | 1.431.371,04 |

The prices are excl. all taxes and/or other fees.

TERMS OF PAYMENT 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK:    ING Bank N.V.

ACCOUNT: IBAN: NL26 INGB 0020 1180 31
         IBAN: NL10 INGB 0651 3696 81

         SWIFT: INGBNL2A

USD and all other currencies
EUR

O.W. BUNKER GERMANY GMBH
Neumühlen 11
D-22763 Hamburg

Phone: +49 40 3265900
Fax: +49 40 330471

Tax No. / Steuer Nr. 41/768/09459

E-mail: trading@owbunker.de
Internet: http://www.owbunker.com

Managing director: Götz Lehsten
HR B 100069

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

HPL-USOT 00200