# EXHIBIT 25



**M/V  SANTA ROBERTA**
AND/OR OWNERS/CHARTERERS

O.W. Bunker Germany GmbH - WW
Neumühlen 11
D-22763 Hamburg
Germany

PORT:  TACOMA
YOUR REFERENCE:

**DATE OF INVOICE** : **09. October 2014**

**INVOICE NO** : **172-13360**

ORDER NO. : 172-13072

DATE OF SUPPLY : 09. October 2014

**DUE DATE** : **08. November 2014**

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,700.110  MT | Fueloil 700 CST 3,5% | 549.53  MT | 1,483,791.45 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
|---|---|---|---|---|
| Our VAT No. | 99-0373556 | Total | USD | 1,485,991.45 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**BANK:**      ING Bank N.V.

**ACCOUNT:**   IBAN: NL26 INGB 0020 1180 31      USD and all other currencies
               IBAN: NL10 INGB 0651 3696 81      EUR

               SWIFT: INGBNL2A

INTERCOMPANY COUNTERPART: Vendor 1685
**O.W. BUNKER USA INC.**

2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

EIN: 99-0373556

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

OWG-9949-000038



**M/V  SEASPAN HAMBURG**
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| O.W. Bunker Germany GmbH - WW | **DATE OF INVOICE** : **16. October 2014** |
| Neumühlen 11 | |
| D-22763 Hamburg | **INVOICE NO** : **172-13386** |
| Germany | |
| | ORDER NO. : 172-13131 |
| | DATE OF SUPPLY : 16. October 2014 |
| PORT:  TACOMA | **DUE DATE** : **15. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,900.210  MT | Fueloil 700 CST 3,5% | 519.97  MT | 1,508,022.19 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,510,222.19 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | |
|---|---|---|
| | | INTERCOMPANY COUNTERPART: Vendor 1685 |
| **BANK:** | ING Bank N.V. | O.W. BUNKER USA INC. |
| | | 2603 Augusta Drive |
| | | Suite 440 |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USA-TX 77057  Houston |
| | IBAN: NL10 INGB 0651 3696 81 | USD and all other currencies |
| | | EUR |
| | SWIFT: INGBNL2A | Phone: +1 281 946 2300 |
| | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

EIN: 99-0373556

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.



**M/V  VIENNA EXPRESS**
AND/OR OWNERS/CHARTERERS

O.W. Bunker Germany GmbH - WW
Neumühlen 11
D-22763 Hamburg
Germany

PORT:  TACOMA
YOUR REFERENCE:

| | | | | |
|---|---|---|---|---|
| **DATE OF INVOICE** | **:** | **18. October 2014** |
| **INVOICE NO** | **:** | **172-13396** |
| ORDER NO. | : | 172-13121 |
| DATE OF SUPPLY | : | 18. October 2014 |
| **DUE DATE** | **:** | **17. November 2014** |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,710.930  MT | Fueloil 700 CST 3,5% | 522.86  MT | 1,417,428.73 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,419,628.73 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**INTERCOMPANY COUNTERPART: Vendor 1685**
**O.W. BUNKER USA INC.**

2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

**BANK:**        ING Bank N.V.

**ACCOUNT:**   IBAN: NL26 INGB 0020 1180 31        USD and all other currencies
                IBAN: NL10 INGB 0651 3696 81        EUR

                SWIFT: INGBNL2A

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

EIN: 99-0373556

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

OWG-9949-000054



**M/V  SOFIA EXPRESS**
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| O.W. Bunker Germany GmbH - WW | **DATE OF INVOICE : 01. November 2014** |
| Neumühlen 11 | |
| D-22763 Hamburg | **INVOICE NO        : 172-13467** |
| Germany | |
| | ORDER NO.          :  172-13191 |
| | |
| | DATE OF SUPPLY  :  29. October 2014 |
| PORT:  TACOMA | |
| YOUR REFERENCE: | **DUE DATE          :  28. November 2014** |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,680.220  MT | Fueloil 700 CST 3,5% | 490.36  MT | 1,314,272.68 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,316,472.68 |

The prices are excl. all taxes and/or other fees.

---

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 1685
O.W. BUNKER USA INC.

**BANK:**     ING Bank N.V.

2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

**ACCOUNT:**     IBAN: NL26 INGB 0020 1180 31     USD and all other currencies
IBAN: NL10 INGB 0651 3696 81     EUR

Phone: +1 281 946 2300
Fax: +1 281 946 2301

SWIFT: INGBNL2A

Internet: http://www.owbunker.com

EIN: 99-0373556

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

OWG-9949-000064