# EXHIBIT 26



U.S. OIL TRADING LLC
3001 MARSHALL AVE (98421)
P. O. BOX 2255 (98401)
TACOMA, WA 98421
(253) 383-1651

Shipping Point:   Tacoma, WA
Destination:      Tacoma, WA
Cont/PO#:         VIENNA EXPRESS
Freight:          Prepaid
F.O.B.:           Destination

Account:
OW BUNKER & TRADING A/S
STIGSBORGVEJ 60

NOERRESUNBY, DL-9400 DENMARK,

INVOICE

Number: BWTD    83451
Date: 10/18/2014
Due: 11/17/2014

Customer #:   C06551400

Past Due Accounts are
Subject To Interest

**Customer License/Registration #'s:**
State:      EXEMPT
Federal:    EXEMPT
Reseller:   EXEMPT

| B/L # | Carr | Product | Metric Tons | Price | Amount |
|---|---|---|---|---|---|
| 012818 | BETSY | RMK-700 | 2,710.93 | 521.0000 | 1,412,394.53 |
|  |  | Boom Charge |  | 0.0000 | 2,200.00 |

Invoice Total  $1,414,594.53

Exempt WA Sales & Use Tax

A security interest in and an assignment of proceeds from this transaction have been granted to Credit Agricole. You are directed to make payment without offset, deduction or counterclaim via FED. WIRE TRANSFER to: Wells Fargo Bank, NA,
ABA No. 121000248,
Further Credit: U.S. Oil Trading LLC, AC No. 4122063720.

Questions regarding this invoice: Billing Discrepancies: Billing Dept. Payments: Treasury



U.S. OIL TRADING LLC
3001 MARSHALL AVE (98421)
P. O. BOX 2255 (98401)
TACOMA, WA 98421
(253) 383-1651

Shipping Point:  Tacoma, WA
Destination:     Tacoma, WA
Cont/PO#:        SOFIA EXPRESS
Freight:         Prepaid
F.O.B.:          Destination

Account:
OW BUNKER & TRADING A/S
STIGSBORGVEJ 60

NOERRESUNBY, DL-9400 DENMARK,

INVOICE

Number: BWTD    83463
Date: 10/29/2014
Due: 11/28/2014

Customer #:   C06551400

Past Due Accounts are
Subject To Interest

Customer License/Registration #'s:
State:      EXEMPT
Federal:    EXEMPT
Reseller:   EXEMPT

| B/L# | Carr | Product | Metric Tons | Price | Amount |
|---|---|---|---|---|---|
| 012829 | BETSY | RMK-700 | 2,680.22 | 490.0000 | 1,313,307.80 |
|  |  | Boom Charge |  | 0.0000 | 2,200.00 |

Invoice Total  $1,315,507.80

Exempt WA Sales & Use Tax

A security interest in and an assignment of proceeds from this transaction have been granted to
Credit Agricole. You are directed to make payment without offset, deduction or
counterclaim via FED. WIRE TRANSFER to: Wells Fargo Bank, NA,
ABA No. 121000248,
Further Credit: U. S. Oil Trading LLC, AC No. 4122063720.

Questions regarding this invoice: Billing Discrepancies: Billing Dept. Payments: Treasury

Page: 1 Inv#: BWTD    83463
Customer: C06551400

USOT 000060



U.S. OIL TRADING LLC
3001 MARSHALL AVE (98421)
P. O. BOX 2255 (98401)
TACOMA, WA 98421
(253) 383-1651

Shipping Point:   Tacoma, WA
Destination:      Tacoma, WA
Cont/PO#:         SANTA ROBERTA
Freight:          Prepaid
F.O.B.:           Destination

**Account:**
OW BUNKER & TRADING A/S
STIGSBORGVEJ 60

NOERRESUNBY, DL-9400 DENMARK,

INVOICE

Number: BWTD   83441
Date: 10/9/2014
Due: 11/8/2014

Customer #:   C06551400

Past Due Accounts are
Subject To Interest

**Customer License/Registration #'s:**
State:      EXEMPT
Federal:    EXEMPT
Reseller:   EXEMPT

| B/L #  | Carr  | Product              | Metric Tons | Price             | Amount                 |
|--------|-------|----------------------|-------------|-------------------|------------------------|
| 012815 | BETSY | RMK-700              | 2,700.11    | 548.0000          | 1,479,660.28           |
|        |       | Boom Charge          |             | 0.0000            | 2,200.00               |

Invoice Total  $1,481,860.28

Exempt WA Sales & Use Tax

A security interest in and an assignment of proceeds from this transaction have been granted to
Credit Agricole. You are directed to make payment without offset, deduction or
counterclaim via FED. WIRE TRANSFER to: Wells Fargo Bank, NA,
ABA No. 121000248,
Further Credit: U. S. Oil Trading LLC, AC No. 4122063720.

Questions regarding this invoice: Billing Discrepancies: Billing Dept, Payments: Treasury



**U.S. OIL TRADING LLC**
3001 MARSHALL AVE (98421)
P. O. BOX 2255 (98401)
TACOMA, WA 98421
(253) 383-1651

Shipping Point:   Tacoma, WA
Destination:      Tacoma, WA
Cont/PO#:         SEASPAN HAMBURG
Freight:          Prepaid
F.O.B.:           Destination

**Account:**
OW BUNKER & TRADING A/S
STIGSBORGVEJ 60

NOERRESUNBY, DL-9400 DENMARK,

INVOICE

Number: BWTD      83450
Date: 10/16/2014
Due: 11/17/2014

Customer #:   C06551400

Past Due Accounts are
Subject To Interest

**Customer License/Registration #'s:**
State:      EXEMPT
Federal:    EXEMPT
Reseller:   EXEMPT

| B/L # | Carr | Product | Metric Tons | Price | Amount |
|---|---|---|---|---|---|
| 012819 | BETSY | RMK-700 | 2,900.21 | 519.0000 | 1,505,208.99 |
|  |  | Boom Charge |  | 0.0000 | 2,200.00 |

Invoice Total  $1,507,408.99

Exempt WA Sales & Use Tax

A security interest in and an assignment of proceeds from this transaction have been granted to Credit Agricole. You are directed to make payment without offset, deduction or counterclaim via FED. WIRE TRANSFER to: Wells Fargo Bank, NA
ABA No. 121000248.
Further Credit: U. S. Oil Trading LLC, AC No. 4122063720.

Questions regarding this invoice: Billing Discrepancies: Billing Dept. Payments: Treasury

USOT 000170