# EXHIBIT 29

Message

| | |
|---|---|
| **From:** | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| **Sent:** | 10/10/2014 2:49:58 PM |
| **To:** | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject:** | RE: Seaspan Hamburg / Santa Ricarda |

$519 plus booming. best best....

Thanks

Kai

**From:** Karl Heinz Selmer
**Sent:** Friday, October 10, 2014 4:52 PM
**To:** Kai Zhou
**Subject:** RE: Seaspan Hamburg / Santa Ricarda

Assume you will get a few dollars better from USOIL as market is crashing - pls let me know.

**From:** Karl Heinz Selmer
**Sent:** Freitag, 10. Oktober 2014 10:52
**To:** Kai Zhou
**Subject:** RE: Seaspan Hamburg / Santa Ricarda

You should be able to find out who got it and in what port. Pls let me know.

Ths

karl

**From:** Karl Heinz Selmer
**Sent:** Freitag, 10. Oktober 2014 10:51
**To:** Kai Zhou
**Subject:** RE: Seaspan Hamburg / Santa Ricarda

I offered 519 all in -- they did not like it

**From:** Kai Zhou
**Sent:** Freitag, 10. Oktober 2014 10:50
**To:** Karl Heinz Selmer
**Subject:** Re: Seaspan Hamburg / Santa Ricarda

And why they don't take in Oak ?

On Oct 10, 2014, at 16:47, Karl Heinz Selmer <khse@owbunker.de> wrote:

Hi Kai,

pls book SEASPAN HAMBURG with US OIL -- my selling 523all in

thx

karl

**From:** Kai Zhou
**Sent:** Freitag, 10. Oktober 2014 06:04
**To:** Karl Heinz Selmer
**Subject:** Seaspan Hamburg / Santa Ricarda

Good morning Karl,

I am putting two vessel together

Tacoma :

US Oil : offering OWB exclusively.    Can do either vessel prefer later one (Santa Ricarda).    CANNOT DO BOTH.

RMK700cst  $521/mtd  booming : $2200

Typicals : 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.

Tesoro : ( firm on pricing ). For either or both :

RMK700cst :  $523/mtd   booming :$2450

Typicals:  510 Vis,10.5 API, 0.05 Water , 0.05 Ash , 1.88 Sul

P66 : will be keen and ready to get them in OAK

**OAKLAND:**

**P66 : offering OWB exclusively**

**For either or both :**

**RMK700cst :  $516/mtd   C.A.Tax if applicable**

Typicals

| | |
|---|---|
| API | 9.67 |
| VIS | 617.57 |
| Flash | 174.07 |
| POUR | 39.545 |
| CCR | 11.284 |
| ASH | 0.0336 |
| H20 | 0.0991 |
| S | 3.2 |
| V | 103.37 |
| Na | 35.309 |

| | |
|---|---|
| Al | 18.506 |
| Si | 29.076 |
| SED | 0.0099 |
| Al+Si | 35 |

LA :

OWB physical :

For either or both : $531/mtd   c.a. Tax if applicable . $450 if deliver at anchorage

Projected RMK:

8.7 API

450 Visc

3.3% Sulf

157 Flash

16 MCR

45 Al + Si

0.02 Ash

290 Van

0.2 Water

All over the market.

Let me know

Kai

OWG-9949-000505

From: Karl Heinz Selmer
Sent: Thursday, October 09, 2014 9:23 PM
To: 2.OWB.US.Houston_all; Kai Zhou
Cc: trading@owbunker.de
Subject: Hapag Lloyd Inquiry Tomorrow 10:00 Seaspan Hamburg

Dear Colleagues,

like to inform you about the attached inquiry which please quote Tomorrow on basis FOB by 10:00 Hamburg time.

Details as per below:

2900 MT RMK700 HSFO in either Tacoma 16.10.2014 / Oakland 22.10.2014 / Los Angeles 24.10.2014

Thank you


O.W. Bunker Germany GmbH

Karl-Heinz Selmer

Direct: +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email:   khse@owbunker.de
Internet:   www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089
This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liability for any damage from any virus software or the like contained in this email. Thank you!
Please consider the environment before printing this email

OWG-9949-000506