UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPAG-LLOYD AKTIENGESELLSCHAFT,<br><br>                Plaintiff,<br><br>   - against -<br><br>U.S. OIL TRADING L.L.C., O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>                Defendants. | No. 14 Civ. 9949 (VEC) |
| U.S. OIL TRADING LLC,<br><br>                Plaintiff,<br><br>    - against -<br><br>M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>                Defendants. | No. 15 Civ. 6718 (VEC) |
| HAPAG-LLOYD AG, as claimant to the in rem defendant M/V VIENNA EXPRESS,<br><br>             Third-Party Plaintiff,<br><br>  - against -<br><br>O.W. BUNKER GERMANY GMBH, and ING BANK N.V.,<br><br>          Third-Party Defendants. | |

**JOINDER OF ING BANK N.V. TO O.W. BUNKER GERMANY GMBH'S
OMNIBUS MOTION *IN LIMINE***

ING Bank N.V., as Security Agent, hereby joins in all parts of O.W. Bunker

Germany GmbH's Omnibus Motion *In Limine* (Dkt. No. 360, 14-cv-9949; Dkt. No. 305, 15-cv-

6718) and its Memorandum of Law in support thereof (Dkt. No. 361, 14-cv-9949; Dkt. No. 306,

15-cv-6718).


New York, New York
October 8, 2019

                    Respectfully submitted,

                    SEWARD & KISSEL LLP

                    By: s/ Bruce G. Paulsen

                        Bruce G. Paulsen
                        Brian P. Maloney
                    One Battery Park Plaza
                    New York, NY  10004
                    (212) 574-1200

                    *Attorneys for ING Bank N.V., as Security Agent*