USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,

                Plaintiff,

    -against-

U.S. OIL TRADING LLC, O.W. BUNKER
GERMANY GMBH, O.W. BUNKER & TRADING
A/S, O.W. BUNKER USA, INC., ING BANK N.V.,
CRÉDIT AGRICOLE CIB,

                Defendants.
-----------------------------------------------------------------X
U.S. OIL TRADING LLC,

                Plaintiff,

    -against-

M/V VIENNA EXPRESS, her tackle, boilers, apparel,
furniture, engines, appurtenances etc., *in rem*, and M/V
SOFIA EXPRESS, her tackle, boilers, apparel, furniture,
engines, appurtenances etc., *in rem*,

                Defendants.
-----------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT, as
claimant to the M/V VIENNA EXPRESS,

         Counter-Claimant and Third-Party Plaintiff,

    -against-

U.S. OIL TRADING LLC,

              Counter-Defendant and

O.W. BUNKER GERMANY GMBH, O.W. BUNKER
& TRADING A/S, ING BANK N.V., and CRÉDIT
AGRICOLE CORPORATE AND INVESTMENT
BANK,

              Third-Party Defendants.
-----------------------------------------------------------------X

14 Civ. 9949 (VEC)
(Lead Case)

c/w 15 Civ. 6718 (VEC)

**STIPULATION AND
[PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE**

WHEREAS, various claims, crossclaims and counterclaims have been asserted in the captioned consolidated actions by and/or against the following (collectively referred to as "Settling Parties"): Hapag-Lloyd Aktiengesellschaft ("Hapag"), U.S. Oil Trading LLC ("US Oil"), O.W. Bunker Germany GMBH ("OWG") and ING Bank N.V., as Security Agent ("ING"), including but not limited to *in rem* claims asserted with respect to the M/Vs VIENNA EXPRESS, SEASPAN HAMBURG, SOFIA EXPRESS, and SANTA ROBERTA and claims for attorneys' fees;

WHEREAS, the Settling Parties constitute the only remaining parties in the captioned cases; all other named parties having been dismissed; and

WHEREAS, the Settling Parties have settled the captioned consolidated actions, including all claims, crossclaims, and counterclaims, pursuant to a confidential settlement agreement;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties as follows:

1. All claims, crossclaims and counterclaims asserted in these actions and by and between the Settling Parties (including without limitation all *in personam* and *in rem* claims) be and hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

2. Any security posted by Hapag in connection with these proceedings including but not limited to Bond No. SNO0000012 in civil action 14-cv-9949 and the Letter of Undertaking issued by the U.K. P&I Club on or about November 28, 2014, be and hereby is cancelled.

3. This Stipulation may be filed without further notice and, for the purposes of filing this Stipulation, this Stipulation may be executed in counterparts which, when taken

2

together, shall constitute one and the same instrument, and signatures by facsimile and electronic mail have the same force and effect as the delivery of original, inked signatures.

Dated: New York, New York
April ~~January~~ 14, 2020

| | |
|---|---|
| FREEHILL HOGAN & MAHAR LLP | CLYDE & CO US LLP |
| By: _____ | By: /s/ Cornell |
| Michael Fernandez<br>Gina M. Venezia<br>Michael J. Dehart<br>80 Pine Street, 25th Fl.<br>New York, NY 10005<br>(212) 425-1900 \| (212) 425-1901 (Fax)<br>*Attorneys for Hapag* | John R. Keough<br>George G. Cornell<br>Laura L. Gongaware<br>405 Lexington Ave.<br>New York, New York 10174<br>(212) 710-3900<br>*Attorneys for U.S. Oil Trading LLC* |
| SEWARD & KISSEL LLP | HILL RIVKINS LLP |
| By: /s/ | By: /s/ |
| Bruce G. Paulsen<br>Brian P. Maloney<br>Laura E. Miller<br>One Battery Park Plaza<br>New York, New York 10004<br>*Attorneys for ING Bank N.V.,*<br>*as Security Agent* | Justin M. Heilig<br>45 Broadway, Suite 1500<br>New York, New York 10006<br><br>Jacob Hollinger<br>Darren T. Azman<br>MCDERMOTT WILL & EMERY LLP<br>340 Madison Avenue<br>New York, New York 10173<br>*Attorneys for O.W. Germany* |

SO ORDERED.        Date: 01/___/2020

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

3

together, shall constitute one and the same instrument, and signatures by facsimile and electronic mail have the same force and effect as the delivery of original, inked signatures.

Dated: New York, New York
       April __, 2020

FREEHILL HOGAN & MAHAR LLP

By: /s/ *signature*

Michael Fernandez
Gina M. Venezia
Michael J. Dehart
80 Pine Street, 25th Fl.
New York, NY 10005
(212) 425-1900 | (212) 425-1901 (Fax)
*Attorneys for Hapag*

CLYDE & CO US LLP

By: _____

John R. Keough
George G. Cornell
Laura L. Gongaware
405 Lexington Ave.
New York, New York 10174
(212) 710-3900
*Attorneys for U.S. Oil Trading LLC*

SEWARD & KISSEL LLP

By: _____

Bruce G. Paulsen
Brian P. Maloney
Laura E. Miller
One Battery Park Plaza
New York, New York 10004
*Attorneys for ING Bank N.V.,
as Security Agent*

HILL RIVKINS LLP

By: _____

Justin M. Heilig
45 Broadway, Suite 1500
New York, New York 10006

Jacob Hollinger
Darren T. Azman
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
*Attorneys for O.W. Germany*

The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close both of the above-captioned cases.

SO ORDERED.                    Date: 04/17/2020

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

3